FILED IN THE DISTRICT AND
COUNTY COURTS OF
EL PASO COUNTY, COLORADO

JUL 1 5 2015

BY: LYNETTE BORNELIUS
CLERK OF COURT



# LOUANNE CLARK VAN PELT Estate
## David Merrill Trustee
**3355 North Academy Boulevard**
**Colorado Springs, Colorado.**
**[80917-5103]**

United States District Court
for the District of Colorado
901 19th Street – A105
Denver, Colorado. 80294

Certified Mail #7011 0470 0002 2443 6340

**15-MC-0145**

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JUL 2 2 2015

JEFFREY P. COLWELL
CLERK

Dear USDC Clerk;

      Please file this refusal for cause (copy) in a Miscellaneous Case File for the enclosed $46 cash lawful money. Please return the enclosed copy in the self-addressed envelope provided. This is evidence if this presenter claims I have obligations to perform or makes false claims against me in the future. A copy of this instruction has been sent with the original refusal for cause back to the presenter in a timely fashion.

Dear State district court clerk;

      Please file this refusal for cause into Case No. 2015-PR-30574. Return the original Refusal for Cause to Frances Renae JOHNSON with the copy of this clerk instruction while filing the original clerk instruction (red thumbprint) with a copy of the Refusal for Cause please.

### Certificate of Mailing

      My signature below expresses that I have mailed a copy of the presentment, refused for cause with the original clerk instruction to the district court and the original presentment, refused for cause in red ink and a copy of this clerk instruction has been mailed registered mail as indicated back to the presenter within a few days of presentment.

For the LOUANNE CLARK VAN PELT Trust      JUL 1 5 2015

Redeemed Lawful Money
Pursuant to 12 USC 541
www.law.cornell.edu/

David Merrill acting solely as trustee.

Frances Renae JOHNSON
270 South Tejon
Colorado Springs, Colorado. [80903]

Delivered/filed by hand and courtmarked
by the clerk of court.

El Paso County Court
270 S. Tejon
Colorado Springs CO 80901 United States



DAVID MERRILL
115 E VERMIJO AVE
COLORADO SPRINGS CO 80903

1-1007

**To:**    David Merrill

**Subject:  Service of documents in 2015PR30574.**

You are being served with documents filed electronically through the
Integrated Colorado Courts E-Filing System (ICCES).  Please review the
following details concerning this service.

- Court Location: El Paso County
- Case Number: 2015PR30574

- Filing ID: N/A
- Filed Document Title(s):
  - Order Admitting Will to Formal Probate and Formal Appointment of Personal
    Representative
- Submitted on Date/Time: Thu, Jul 02 18:30:44 MDT 2015
- Submitted by Authorizing Organization:
- Submitted by Authorizing Attorney: El Paso County Court

If you have a question about the above listed case, please contact the court.
Information for all Colorado court locations is listed on the Colorado Judical Branch
website http://www.courts.state.co.us/Index.cfm.

| DISTRICT COURT, EL PASO COUNTY, COLORADO<br>Court Address:<br>270 S. Tejon, Colorado Springs, CO, 80901<br><br>In the Matter of: LOUANNE VAN PELT | DATE FILED: July 2, 2015 |
|---|---|
| | △ COURT USE ONLY △ |
| | Case Number: 2015PR30574<br>Division: W          Courtroom: |

### Order Admitting Will to Formal Probate and Formal Appointment of Personal Representative

The motion/proposed order attached hereto: GRANTED.

This order was issued with consent; any appeal taken must be in accordance with Rule 7(b) of the Colorado Rules for Magistrates.

Issue Date: 7/2/2015



FRANCES RENAE JOHNSON
Magistrate

District Court, El Paso County, Colorado
270 S. Tejon Street
Colorado Springs, CO  80903
(719) 452-5396

In the Matter of the Estate of:

**LOUANNE  C. VAN PELT, aka LOUANNE  VAN PELT**

**Deceased**

▲  **COURT USE ONLY**  ▲

Case Number: 15 PR

Division:  W    Courtroom: W150

## ORDER ADMITTING WILL TO FORMAL PROBATE AND FORMAL APPOINTMENT OF PERSONAL REPRESENTATIVE

Upon consideration of the Petition for Formal Probate of Will and Formal Appointment of Personal Representative filed by Catherine Anne Seal on May 19, 2015.

## THE COURT FINDS, DETERMINES AND ORDERS:

1.  The Petitioner is an interested person and has filed a complete and verified petition.

2.  The Decedent died on April 6, 2015 and 120 hours have elapsed since the Decedent's death.

3.  The Decedent was domiciled or resided in the City of Colorado Springs, County of El Paso, State of Colorado.

4.  Venue is proper in this county.

5.  The Petition was filed within the time period permitted by law.

6.  Any required notices have been given or waived.

7.  The Decedent left a will dated May 7, 2010.  There are no codicils.
    The Will is referred to as the Will.  There are no known prior wills that have not been  expressly revoked by a later instrument.  The Will is the Decedent's last will and it is admitted to formal probate.

8.  The heirs of the Decedent are:

| Name | Relationship (e.g. spouse, partner in a civil union, child, brother, guardian for spouse, etc.) |
| --- | --- |
| Todd Winter Van Pelt | Son |
| Martha Jeanne Van Pelt | Daugther |
| David Merrill | Son |
|  |  |

9. The following person is qualified to serve and is appointed or confirmed as Personal Representative:

   Name:  Catherine Anne Seal      The Nominee is 21 years of age or older.

   Street Address:  90 S. Cascade Avenue, Suite 480

   Mailing Address, if different:  P.O. Box 6

   City:  Colorado Springs    State:  CO    Zip Code:  80901-0006

   Email Address: cas@kirtlandseal.com    Work Phone #: (719) 447-9760

10. The Personal Representative shall serve with bond in the amount of $25,000.00 in unsupervised administration.

11. Letters Testamentary shall be issued.

The issues underlying this Order were heard by consent of the parties. Any appeal must be taken pursuant to Rule 7(b) of the Colorado Rules for Magistrates.

Date: _____          _____
                                                              Magistrate

| | |
|---|---|
| District Court, El Paso County, Colorado<br>270 S. Tejon Street<br>Colorado Springs, CO  80903<br>(719) 452-5396<br><br>**In the Matter of the Estate of:**<br><br>**LOUANNE C. VAN PELT, aka LOUANNE VAN PELT**<br><br>**Deceased** | ▲ **COURT USE ONLY** ▲ |
| Office of the Public Administrator for<br>El Paso and Teller Counties<br>Catherine Anne Seal<br>90 S. Cascade Ave., Suite 480<br>P.O. Box 6<br>Colorado Springs, CO 80903<br>Phone: (719) 447-9760        Fax: (719) 634-0485<br>Email: cas@kirtlandseal.com<br>Atty Reg. No: 26908 | Case Number: 15 PR 30574<br><br><br>Division  W          Courtroom W150 |

## INFORMATION OF APPOINTMENT

### Important Notice

The Court will not routinely review or adjudicate matters unless it is specifically requested to do so by a beneficiary, creditor, or other interested person.  All interested persons, including beneficiaries and creditors, have the responsibility to protect their own rights and interests in the estate in the manner provided by the provisions of the Colorado Probate Code, §15-10-101, et seq., C.R.S., by filing an appropriate pleading with the Court by which the estate is being administered and serving it on all interested persons pursuant to §15-10-401, C.R.S.  All interested persons have the right to obtain information about the estate by filing a Demand for Notice pursuant to §15-12-204, C.R.S.

**To the heirs and devisees who have or may have an interest in this estate:**

1.  The Decedent died on April 6, 2015.

2.  The Decedent left a Will dated May 7, 2010. There are no codicils. The Will was admitted to probate on July 1, 2015.

3.  Proceedings in this matter are formal.

4.  Catherine Anne Seal was appointed as Personal Representative on July 1, 2015.

5.  Bond in the amount of $25,000.00 is on file with this Court.

6.  Administration of this estate is unsupervised.  The Court will consider ordering supervised administration if requested by an interested person. (§§15-12-501, et. seq., C.R.S.)

7.  This Information of Appointment is being sent to persons who have or may have some interest in the estate being administered.

8.  Papers relating to this estate, including an inventory of estate assets, are either on file with this Court or, if not, papers may be obtained by interested persons from the Personal Representative. (§15-12-705, C.R.S. and §15-12-706(2), C.R.S.)

9.  Interested persons are entitled to receive an accounting. (§§15-12-1001 to 15-12-1003, C.R.S.)

10. The surviving spouse, partner in a civil union, children under twenty-one years of age and dependent children may be entitled to exempt property and a family allowance if a request for payment is made in the manner and within the time limits prescribed by statutes. (§§15-11-401, et seq., C.R.S.)

11. The surviving spouse or partner in a civil union may have a right of election to take a portion of the augmented estate if a petition is filed within the time limits prescribed by statute. (§§15-11-201, et seq., C.R.S.)

12. Any individual who has knowledge that there is or may be an intention to use an individual's genetic material to create a child and that the birth of the child could affect the distribution of the Decedent's estate should give written notice of such knowledge to the Personal Representative of the Decedent's estate.

13. Any individual who has knowledge that there is a valid, unrevoked designated beneficiary agreement in which the Decedent granted the right of intestate succession should give written notice of such knowledge to the Personal Representative of the Decedent's Estate.



/s/Catherine Anne Seal
Catherine Anne Seal, Personal Representative
P.O. Box 6
Colorado Springs, CO 80901-0006
(719) 447-9760

**INSTRUCTIONS:** This Information of Appointment must be given within 30 days of appointment of the Personal Representative. In the event a Will exists but there has been no formal testacy proceeding and the Personal Representative was appointed on the assumption of intestacy, this Information of Appointment must also be given to the devisees named in any existing Wills. A copy of this Information of Appointment and Certificate of Service (below) must be promptly filed with the Court. (Rule 8.4 of the Colorado Rules of Probate Procedure)

---

## CERTIFICATE OF SERVICE

I certify that on the 13th day of July, 2015, a copy of this Information of Appointment was served on each of the following via First Class US mail, postage pre-paid or e-served as indicated:

Todd Winter Van Pelt
4314 Rocklawn Circle
Colorado Springs, CO 80915

Martha Jeanne Van Pelt
1510 Kingsley Drive
Colorado Springs, CO 80909

David Merrill
115 E. Vermijo Ave.
Colorado Springs, CO 80903

/s/Kristine K. Claypool
Kristine K. Claypool, Paralegal







Exhibit A



















# CERTIFICATE OF MAILING

I, Tad C. Howard, the undersigned, hereby certify that the documents listed below were received by Courier Process Service, Inc., on July 15, 2015. I further certify that I deposited true and correct copies of the following:

Envelope addressed to USDC - Colorado, 901  19th Street – A105, Denver, Colorado, 80294, containing:

- A pre-addressed postage paid return envelope addressed to David Merrill c/o Courier Process, 115 E. Vermijo, #202, Colorado Springs, Colorado [80903]
- United States $20.00 bill, serial number MB18204293B, with red stamp on backside "Redeemed Lawful Money Pursuant to 12 USC 411 www.law.cornell.edu/uscode".
- United States $10.00 bill, serial number JD80357889A, with red stamp on backside "Redeemed Lawful Money Pursuant to 12 USC 411 www.law.cornell.edu/uscode".
- United States $5.00 bill, serial number JK79123305A, with red stamp on backside "Redeemed Lawful Money Pursuant to 12 USC 411 www.law.cornell.edu/uscode".
- United States $5.00 bill, serial number IE54077723B, with red stamp on backside "Redeemed Lawful Money Pursuant to 12 USC 411 www.law.cornell.edu/uscode".
- United States $5.00 bill, serial number JK73390424A, with red stamp on backside "Redeemed Lawful Money Pursuant to 12 USC 411 www.law.cornell.edu/uscode".
- United States $1.00 bill, serial number L42797427E, with red stamp on backside "Redeemed Lawful Money Pursuant to 12 USC 411 www.law.cornell.edu/uscode".
- Two original Letters to the USDC Clerk; one to be filed and one to be returned.
- Two Letters to David Merrill from El Paso County Court with original Refusal for Cause; one to be filed and one to be returned.
- Two Orders Admitting Will to Formal Probate and Formal Appointment of Personal Representative in El Paso County District court case number 2015PR30574, with Attachment to Order – 2015PR30574 with original Refusal for Cause; one to be filed and one to be returned.
- Two Information of Appointment in El Paso County District court case number 15PR30574 with Refusal for Cause; original to be filed and copy to be returned.
- Two copies of Exhibit A (copies of United States $20.00 bill, serial number MB18204293B, with stamp on backside "Redeemed Lawful Money Pursuant to 12 USC 411 www.law.cornell.edu/uscode"; United States $10.00 bill, serial number JD80357889A, with stamp on backside "Redeemed Lawful Money Pursuant to 12 USC 411 www.law.cornell.edu/uscode"; United States $5.00 bill, serial number JK79123305A, with stamp on backside "Redeemed Lawful Money Pursuant to 12 USC 411 www.law.cornell.edu/uscode"; United States $5.00 bill, serial number IE54077723B, with stamp on backside "Redeemed Lawful Money Pursuant to 12 USC 411 www.law.cornell.edu/uscode"; United States $5.00 bill, serial number JK73390424A, with stamp on backside "Redeemed Lawful Money Pursuant to 12 USC 411 www.law.cornell.edu/uscode"; and United States $1.00 bill, serial number L42797427E, with stamp on backside "Redeemed Lawful Money Pursuant to 12 USC 411 www.law.cornell.edu/uscode); one copy to be filed and one copy to be returned.
- Two copies of this Certificate of Mailing dated July 20, 2015; one copy to be filed and one copy to be returned.

in the United States mail, postage prepaid, addressed to the parties shown on the mailing list attached hereto, this 20th day of July, 2015, certified mail receipt 7011 2970 0001 9384 3308.

Person Certifying Mailing

Courier Process Service, Inc., job reference #2015003031