# LOUANNE CLARK VAN PELT Estate
## David Merrill Trustee
**3355 North Academy Boulevard**
**Colorado Springs, Colorado.**
**[80917-5103]**

United States District Court
for the District of Colorado
901 19ᵗʰ Street – A105
Denver, Colorado. 80294

**F I L E D** Certificate of Mailing
UNITED STATES DISTRICT COURT
DENVER, COLORADO

**AUG 3 1 2015**

**JEFFREY P. COLWELL**
**CLERK**

FILED-DISTRICT & COUNTY
COURTS-EL PASO CO., CO

**AUG 2 5 2015**

DR. LYNETTE CORNELIUS
CLERK OF COURT

Dear USDC Clerk;

Please file this refusal for cause (copy) and Criminal Complaint in Case No. 15-MC-145. Please return the enclosed three copies in the self-addressed envelope provided. This is evidence if this presenter claims I have obligations to perform or makes false claims against me in the future. Additionally as evidenced on the Criminal Complaint this is evidence of fraud with the intent to steal the estate of LOUANNE CLARK VAN PELT Living Trust. Herein also is evidence of felony tampering with a witness, the US Clerk of Court. A copy of this instruction has been sent with the original refusal for cause back to the presenter in a timely fashion with the intention to dissuade any further trespass.

Dear State district court clerk;

Please file this refusal for cause and federal Criminal Complaint into Case No. 2015-PR-30574. Return the original Refusal for Cause to Deputy Clerk of Court Sarah L. ORTIZ with the copy of this clerk instruction while filing the original clerk instruction (red thumbprint) with a copy of the Refusal for Cause please.

### Cause of Action

Catherine Anne SEAL knowingly, willingly and intentionally defrauded the El Paso County Sheriff into believing with force the attached document (EPCO Reception #215079068 7/23/15) entitled Letters Testamentary was a valid court order issued from a properly bonded judicial officer as indicated, "Catherine Anne Seal was appointed or qualified by this Court or its Registrar on July 1, 2015 as Personal Representative." SEAL knew at that time that I have, as evidenced in the federal Miscellaneous Case File and evidence repository in Denver 15-MC-145 and proven out that Francis Renae JOHNSON impersonates a judicial officer outside the scope of constitutions and statute. This act of fraud is designed to generate the impression that the estate of deceased Louanne Clark VAN PELT is in formal probate and under SEAL's control.

Furthermore attached is returned Refusal for Cause (R4C) on SEAL's Letter of August 10, 2015 that arrived on the same day as Todd Winter VAN PELT suffered catastrophic heart failure and died - August 12, 2015. I believe that this kind of coercion and resulting anxiety of having one's home taken away constitutes wrongful death.

Martha Jeanne VAN PELT (Marnie) as evidenced in the state district case and federal evidence repository both, drives SEAL to steal the estate and sell it so that Marnie can move Northwest. Additionally this R4C filed August 18, 2015 attached has not shown up on PACER. I believe that SEAL has contacted the US clerk of court and somehow convinced said federal clerk to FILE the R4C but not to publish it on PACER. The US clerk of court is a witness to the process and has been paid $46 lawful money pursuant to Title 12 USC §411 by me to maintain and publish the evidence repository so if investigation and discovery disclose that SEAL has influenced the US clerk of court not to publish the R4C (should have been Document 3 on the attached docket report) then this constitutes additionally felony tampering with a witness or victim as accused on the attached Criminal Complaint.

Should a federal judge decide that this Criminal Complaint attached is inappropriate being generated and signed by myself as Trustee, I am requesting and otherwise ORDERING the US Clerk of Court to generate the same Criminal Complaint and forwarding it to the State Attorney General for finishing and returning to the USDC for a federal judge to cosign.

## Certificate of Mailing

My signature below expresses that I have hand delivered to Courier Process Servers a copy of the presentment, refused for cause with the original clerk instruction for the district court and the original presentment, refused for cause in red ink and a copy of this clerk instruction for Sarah L. ORTIZ, and the Original clerk instruction with a copy of the Refusal for Cause has been hand delivered with payment or offer of full payment and intended for the Fourth Judicial District clerk of court. This process of refusal for cause and PACER documentation is all within a few days of presentment of the fraudulent "court order".

Redeemed Lawful Money
Pursuant to 12 USC §411
www.law.cornell.edu/uscode/

For the LOUANNE CLARK VAN PELT Trust

AUG 2 4 2015

David Merrill acting solely as trustee.

STATE OF COLORADO      }
                            } ss:
COUNTY OF EL PASO      }

Subscribed and sworn to before me this 24th day of August, 2015 by David Merrill who is known to me.

NOTARY PUBLIC
TAD C. HOWARD

My commission expires _____

COURIER PROCESS SERVICE, INC
115 East Vermijo, Suite 202
Colorado Springs, CO 80903-2008

Chuck Broerman          El Paso County, CO
07/23/2015  04:26:07 PM
Doc $0.00          1
Rec $11.00        Page    215079068

| District Court, El Paso County, Colorado<br>270 S. Tejon Street<br>Colorado Springs, CO  80903<br>(719) 452-5396 | DATE FILED: July 8, 2015 11:02 AM |
|---|---|
| In the Matter of the Estate of:<br><br>LOUANNE C. VAN PELT, aka LOUANNE VAN PELT,<br><br>Deceased | ▲    COURT USE ONLY    ▲ |
| | Case Number:<br><br>2015PR30754 |
| | Division: W      Courtroom: W150 |

## LETTERS TESTAMENTARY

Catherine Anne Seal was appointed or qualified by this Court or its Registrar on July 1, 2015 as Personal Representative.

The Decedent died on April 6, 2015.

These Letters are proof of the Personal Representative's authority to act pursuant to §15-12-701, et.seq, C.R.S. except for the following restrictions, if any:

None.

_____

_____

_____

_____

Date: July 8, 2015

Probate Registrar

Sarah L. Ortiz
Registrar

## CERTIFICATION

Certified to be a true copy of the original in my custody and to be in full force and effect as of
7/8/2015 _____ (date).

Probate Registrar/(Deputy)Clerk of Court

Sarah L. Ortiz
Registrar

Office of the Public Administrator
Catherine Anne Seal
P.O. Box 6

JDF 915  1/09   LETTERS TESTAMENTARY/OF ADMINISTRATION

AO 91 (Rev. 08/09) Criminal Complaint

# UNITED STATES DISTRICT COURT
### for the
### District of Colorado

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| Catherine Anne SEALS | ) | Case No. |
| | ) | |
| | ) | |
| _____ | ) | |
| *Defendant(s)* | | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of ____August 21, 2015____ in the county of ____El Paso (Colorado)____ in the
_____ District of ____Colorado____ , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| Title 18 USC §1018 | Official Certificates or Writings - Fraud |
| Title 18 USC §1018 | Acts Effecting a Personal Financial Interest |

This criminal complaint is based on these facts:

Catherine Anne SEALS entered my home with a show of law enforcement after convincing this deputy sheriff that she had a "court order" and being warned that any entry be accompanied by a court order from a bonded judicial officer. SEALS knew that Francis Renae JOHNSON is not a bonded judicial officer but presented the "LETTERS TESTAMENTARY" like a court order (attached).

☑ Continued on the attached sheet.

Redeemed Lawful Money
Pursuant to 12 USC §411
www.law.cornell.edu/uscode/

AUG 2 4 2015

*Complainant*

_____
*Printed name and title*

Sworn to before me and signed in my presence.

Date: _____

_____
*Judge's signature*

City and state: _____

_____
*Printed name and title*

## U.S. District Court
## District of Colorado (Denver)
## CIVIL DOCKET FOR CASE #: 1:15-mc-00145

Van Pelt                                               Date Filed: 07/22/2015
Assigned to:

### Plaintiff

**Louanne Van Pelt**              represented by **Louanne Van Pelt**
*Estate*                                          3355 North Academy Boulevard
*trustee*                                         Colorado Springs, CO 80917-5103
David Merrill                                     PRO SE

| Date Filed | # | Docket Text |
|---|---|---|
| 07/22/2015 | 1 | NOTICE Of Refusal For Cause for the Louanne Clark VanPelt Trust. $46.00; Receipt Number 69819. Filed by David Merrill.(dbera, ) (Entered: 07/22/2015) |
| 07/30/2015 | 2 | Refusal for cause by Plaintiff Louanne Van Pelt (Attachments: # 1 Envelope)(morti, ) (Entered: 07/31/2015) |

| PACER Service Center | | | |
|---|---|---|---|
| **Transaction Receipt** | | | |
| 08/22/2015 02:05:33 | | | |
| PACER Login: | | Client Code: | |
| Description: | Docket Report | Search Criteria: | 1:15-mc-00145 |
| Billable Pages: | 1 | Cost: | 0.10 |

**FILED**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

**AUG 1 8 2015**

JEFFREY P. COLWELL
CLERK

**David Merrill**
**115 E. Vermijo Ave #202**
**Colorado Springs, Colorado**
**[80903]**

United States District Court
for the District of Colorado
901 19th Street - A105
Denver, Colorado.

Registered Mail #RA 150 037 434 US

RE 150 037 448 US

Dear Clerk;

Please file this refusal for cause in the case jacket of Article III call 15-MC-145, mark the extra copies and return them to me. This is evidence if State Attorney Catherine SEAL claims I have Dear Clerk;

Please file this refusal for cause in the case jacket of Article III call 15-MC-145, mark the extra copies and return them to me. This issue is evidence if State Attorney Catherine SEAL, hereinafter "SEAL", claims I have obligations to perform or makes false claims against me in the future. A copy of this instruction has been sent with the original refusal for cause back to the presenter in a timely fashion.

It would seem that a partial response to the initial presumption might benefit Ms. SEAL, as SEAL appears to notify me that she has been appointed by "the Court" while I published that no court exists (El Paso County Clerk and Recorder AFFIDAVIT OF TRUTH Reception #215068907 7/1/2015) because Ms Francis Renae JOHNSON is impersonating a district court magistrate judge and is not really a judicial officer at all. It goes to follow then that Ms SEAL has not been appointed at all, except by someone posing as a judicial officer and therefore I am absent my consent to comply with such a preposterous order. I do not consent to justice being understood by an insurance policy. Let the so called "Court" abide under Constitution and Statute as it is intended. Those who have faulty oaths do not constitute "the Court". And, as such, whatever Ms. SEAL is referring to is foreign in regard to the State of Colorado and, in my opinion, is just another Corporation pretending to have authority. This explains why she is behaving like she is too; as any real judicial officer is obligated and bonded to law and constitution so as to protect the obligations of contract. All the intimation that I am somehow in conflict is false and is simply me honoring promises I made to my mother Louanne who founded the LOUANNE CLARK VAN PELT living trust and appointed me Trustee. I have attached additional evidence that Louanne VAN PELT intended a living trust, rather than probate for her estate.

Additionally after the 7/1/15 hearing when Ms SEAL requested verbally to inspect the estate and I told her that I do not want that, she said, "Fine! I can just get a court order!" I wish to point out that instead of a court order, SEAL is trying to coerce consent by intimidation in the refused presentment. This childish bully tactic is unacceptable. Since there is no court, understood by law, and bonded by oath conforming to Constitution and Statute, it would be very surprising if Ms SEAL can get a court order. Instead of a court we have criminal

syndicalism with the Secretary of State Wayne WILLIAMS allowing irregular and unlawful oaths of office, while he has stopped writing Certificates of Fact for pretending officers like JOHNSON, who have never filed an oath there at all! Upon investigation this might be Conflict of Interest between State Attorneys, being "probate court" is more the State Attorney Retirement Fund.Therefore pressure and intimidation will cause response by criminal complaints and/or billing of $1,000,000.00 acting fees and followed by $1,000,000.00 per ORDER bills/liens. Ms SEAL will be wasting her time to interlope upon this trust estate without an ORDER from a bonded judge. SEAL has no sovereign or judicial immunity from billing/suit and so is exposed to expensive judgment in her individual capacity.

**Certificate of Mailing**

My signature below expresses that I have mailed a copy of the presentment, refused for cause with the original clerk instruction to the district court and the original presentment, refused for cause in red ink and a copy of this clerk instruction has been mailed registered mail as indicated back to the presenter within a few days of presentment.

Redeemed Lawful Money
Pursuant to 12 USC §411
www.law.cornell.edu/uscode/

AUG 1 4 2015                                        (Trust SEAL)

First Trustee for the LOUANNE CLARK ____T Living Trust and Estate


Catherine Ann SEAL                          Registered Mail #RA _____ US
PO Box 2682
Colorado Springs, Colorado.  [80901-2682]

# Office of the
# Public Administrator for El Paso and Teller Counties

Catherine Anne Seal, J.D., LL.M.
Attorney at Law
P.O. Box 6 ● Colorado Springs , Colorado 80901-0006
Phone:  (719) 447-9760 ● Fax: (719) 634-0485

August 10, 2015

David Merrill
115 East Vermijo Ave.
Colorado Springs, CO 80903

Todd Winter Van Pelt

~~████████████████~~
~~████████████████~~

Re: Estate of Louanne Van Pelt

Dear Mr. Merrill and Mr. Van Pelt:

As you know, I was appointed by the Court as the Personal Representative of the Estate of Louanne Van Pelt. I am required to prepare an estate inventory, listing the property of the estate. It is my understanding that the two of you are in the possession of art work belonging to the estate. I need to view the art work and have it appraised. I also need to view the residence. I would like to view the residence on Friday, August 21st at 10:00 a.m. I also understand that there is a storage facility containing personal property. Please provide me with a key to the facility, so that I may view the contents.

My plan is to sell the residence and divide the proceeds among the three beneficiaries. If you wish to make an offer to purchase your sister's share of the residence, I would be willing to entertain such an offer. Please understand that the costs of all litigation in this estate will be borne by the estate, so if you cannot work with me and continually oppose me, all of the costs and fees will be deducted from the proceeds of sale of the real estate before any money is distributed to heirs. It is in your best interests to make an offer to purchase your sister's share of the residence rather than to oppose my administration of this estate.

Sincerely,

Catherine Anne Seal

# FUNDAMENTALS OF PROBATE & ESTATE PLANNING FOR THE NONLAWYER

**Lawrence F. Peek, Esquire**
**105 East Vermijo, Penthouse Suite**
**Colorado Springs, Colorado   80903**
**(719) 635-7518**

# Living Trusts and Estate Planning

Copyright 1990 Lawrence F. Peek

# How To
# Set Up Your Own Living
# Trust To Avoid Probate



**DSA FINANCIAL PUBLISHING CORPORATION**

NOTE:     After amending or modifying your living trust, the amendment or modification should be attached to the Declaration of Trust Agreement. Once again, STEP THREE explains the important amendment procedure in greater detail.

This clause also preserves your power to terminate (revoke) your trust at any time. Without this provision, your power to revoke in some states will be lost. All of the trust agreements included in this kit contain a similar clause. Therefore, your power to terminate your trust will be preserved.

Your trust easily may be revoked if at any time you decide that you no longer wish to maintain the trust. You simply need to complete the form entitled "Revocation of Trust" contained in this kit. Sign the revocation form in the presence of a Notary and store in a safe place. Then notify any Co-trustee and Successor Trustees and advise them of your revocation. It is also wise to discard your terminated trust agreement.

D. Required:  You need to appoint a Successor Trustee and a Contingent Successor Trustee to manage your assets after your death if you are single (or after the death of both you and your spouse if you are married). The Successor Trustee will manage the assets in your trust estate upon your death. These management duties include paying the income taxes of the trust, distributing trust assets to beneficiaries upon termination of the trust, paying your funeral expenses from the trust assets if necessary, investing trust funds for the benefit of the trust beneficiaries, paying any benefits to beneficiaries as required by the trust, and generally administering the trust assets in the manner that you set forth in the provisions of your living trust. The Contingent Successor

23

# CERTIFICATE OF MAILING

I, Tad C. Howard, the undersigned, hereby certify that the documents listed below were received by Courier Process Service, Inc., on August 24, 2015.  I further certify that I deposited true and correct copies of the following:

Envelope addressed to USDC – Colorado, 901  19th Street – A105, Denver, Colorado, 80294, containing:

- A pre-addressed postage paid return envelope addressed to David Merrill c/o Courier Process, 115 E. Vermijo Ave. - #202, Colorado Springs, Colorado [80903].

- Two copies filed in the District & County Courts of El Paso County, Colorado, on August 25, 2015, of Letter to United States District Court, Refusal for Cause of Letters Testamentary (El Paso County District case 2015PR30754, In the Matter of the Estate of:  LOUANNE C. VAN PELT, aka LOUANNE VAN PELT, Deceased); United Stated District Court Criminal Complaint (United States of America v. Catherine Anne SEALS); U.S. District Court District of Colorado (Denver) Civil Docket for Case #: 1:15-mc-00145; Letter to United Sates District Court; Letter dated August 10, 2015, to David Merill and Todd Winter Van Pelt; Fundamentals of Probate & Estate Planning for the Nonlawyer and How to Set Up Your Own Living Trust to Avoid Probate with page 23; one copy to be filed and one copy to be returned.

- Two copies of this Certificate of Mailing dated August 27, 2015; one copy to be filed and one copy to be returned.

in the United States mail, postage prepaid, addressed to the parties shown on the mailing list attached hereto, this 27th day of August, 2015, certified mail receipt 7011 2970 0001 9384 3179.

A courtesy copy was also provided to Sarah L. Ortiz via El Paso County Court Clerk, Cheryl, by Theresa L. Willis, on August 25, 2015.

Person Certifying Mailing

Courier Process Service, Inc., job reference #2015003590