FILED IN THE DISTRICT AND
COUNTY COURTS OF
EL PASO COUNTY, COLORADO

SEP 1 5 2015

DR. LYNETTE CORNELIUS
CLERK OF COURT

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

SEP 1 7 2015

JEFFREY P. COLWELL
CLERK

15-PR-30574

# LOUANNE CLARK VAN PELT Estate
## David Merrill Trustee
3355 North Academy Boulevard
Colorado Springs, Colorado.
[80917-5103]

RE 150 037 479 US

United States District Court
for the District of Colorado
901 19th Street -- A105
Denver, Colorado. 80294

Registered Mail # RE 150 037 465 US



Dear USDC Clerk;

Please file this refusal for cause (copy) in Case No. 15-MC-145. Please return the enclosed three copies in the self-addressed envelope provided. This is evidence if this presenter claims I have obligations to perform or makes false claims against me in the future. A copy of this instruction has been sent with the original refusal for cause back to the presenter in a timely fashion with the intention to dissuade any further trespass.

### Certificate of Mailing

My signature below expresses that I bargained and agreed with Todd Winter VAN PELT that my third interest in the family Peanuts Art was fair trade for Todd's interest in the Trooper in Catherine Anne SEAL's offer, Refused for Cause. Todd had possession of the Peanuts Art for at least a month before he died on 8/12/15 and I have no knowledge about agreements he made with Marnie regarding her interest. Also I have livered to Martha Jeanne VAN PELT (Marnie) the amount of $643 (8/25/15) for her third interest in the Trooper. There was some recent confusion regarding acceptance of some Certified Mail and so I suggest that if the Check was involved it has been returned to her and that Marnie tender it into her account.

Please find attached the Blue Book assessment that Rhonda where I keep the insurance on the Trooper composed for me on or around 8/25/15.

Additionally I have attached the first page of a previously filed Criminal Complaint that shows it was filed in the federal courthouse in Denver on or around September 1, 2015 and I have also verified that the document in full has been published on PACER as Document 3.

Catherine Anne SEAL  Registered Mail # RE 150 037 479 US
PO Box 6
Colorado Springs, Colorado [80901-0006]

Martha Jeanne VAN PELT  Priority Mail
1510 Kingsley Drive
Colorado Springs, Colorado. [80909]

For the LOUANNE CLARK VAN PELT Trust

Redeemed Lawful Money
Pursuant to 12 USC §411
www.law.cornell.edu/uscode/

_____
David Merrill acting solely as trustee

STATE OF COLORADO     }
                      } ss:
COUNTY OF EL PASO     }

Subscribed and sworn to before me this ~~24th~~ 15th day of ~~August~~ September, 2015 by David Merrill who is known to me. TLW

Theresa L Willis
Notary Public
My commission expires 11-10-2017

THERESA L WILLIS
NOTARY PUBLIC
STATE OF COLORADO
NOTARY ID 20054043098
MY COMMISSION EXPIRES NOVEMBER 10, 2017

# Office of the
# Public Administrator for El Paso and Teller Counties

Catherine Anne Seal, J.D., LL.M.
Attorney at Law
P.O. Box 6 • Colorado Springs, Colorado 80901-0006
Phone: (719) 447-9760 • Fax: (719) 634-0485

September 1, 2015

David Merrill
115 East Vermijo Ave.
Colorado Springs, CO 80903

Re: Estate of Louanne Van Pelt

Dear Mr. Merrill:

We spoke last month about you purchasing the vehicle owned by your mother. I have attached the NADA Blue Book Guide for the 1998 Isuzu Trooper. Although the retail value of the vehicle is over $3,600, I am willing to accept $1,500 as the car's value. I would require a payment of $1200 from you to purchase the vehicle from the estate.

Please let me know by September 15, 2015 whether you wish to purchase the vehicle.

Sincerely,

Catherine Anne Seal



NADAguides Price Report

9/1/2015

# 1998 Isuzu Trooper-V6-4WD

## Utility 4D Luxury 4WD

Values

|  | Rough Trade-In | Average Trade-In | Clean Trade-In | Clean Retail |
|---|---|---|---|---|
| Base Price | $825 | $1,425 | $1,900 | $3,650 |
| Mileage | N/A | N/A | N/A | N/A |
| Total Base Price | $825 | $1,425 | $1,900 | $3,650 |
| Options: |  |  |  |  |
| Price with Options | $825 | $1,425 | $1,900 | $3,650 |

**Rough Trade-In** - Rough Trade-in values reflect a vehicle in rough condition. Meaning a vehicle with significant mechanical defects requiring repairs in order to restore reasonable running condition. Paint, body and wheel surfaces have considerable damage to their finish, which may include dull or faded (oxidized) paint, small to medium size dents, frame damage, rust or obvious signs of previous repairs. Interior reflects above average wear with inoperable equipment, damaged or missing trim and heavily soiled /permanent imperfections on the headliner, carpet, and upholstery. Vehicle may have a branded title and un-true mileage. Vehicle will need substantial reconditioning and repair to be made ready for resale. Some existing issues may be difficult to restore. Because individual vehicle condition varies greatly, users of NADAguides.com may need to make independent adjustments for actual vehicle condition.

**Average Trade-In** - The Average Trade-In values on nadaguides.com are meant to reflect a vehicle in average condition. A vehicle that is mechanically sound but may require some repairs/servicing to pass all necessary inspections; Paint, body and wheel surfaces have moderate imperfections and an average finish and shine which can be improved with restorative repair; Interior reflects some soiling and wear in relation to vehicle age, with all equipment operable or requiring minimal effort to make operable; Clean title history; Vehicle will need a fair degree of reconditioning to be made ready for resale. Because individual vehicle condition varies greatly, users of nadaguides.com may need to make independent adjustments for actual vehicle condition.

**Clean Trade-In** - Clean Trade-In values reflect a vehicle in clean condition. This means a vehicle with no mechanical defects and passes all necessary inspections with ease. Paint, body and wheels have minor surface scratching with a high gloss finish and shine. Interior reflects minimal soiling and wear with all equipment in complete working order. Vehicle has a clean title history. Vehicle will need minimal reconditioning to be made ready for resale. Because individual vehicle condition varies greatly, users of NADAguides.com may need to make independent adjustments for actual vehicle condition.

**Clean Retail** - Clean Retail values reflect a vehicle in clean condition. This means a vehicle with no mechanical defects and passes all necessary inspections with ease. Paint, body and wheels have minor surface scratching with a high gloss finish and shine. Interior reflects minimal soiling and wear with all equipment in complete working order. Vehicle has a clean title history. Because individual vehicle condition varies greatly, users of NADAguides.com may need to make independent adjustments for actual vehicle condition. Note: Vehicles with low mileage that are in exceptionally good condition and/or include a manufacturer certification can be worth a significantly higher value than the Clean Retail price shown.

© Copyright 2015 National Appraisal Guides, Inc., All Rights Reserved. National Appraisal Guides, Inc. is a strategic ally of NADA Services Corporation. © NADASC 2015. All Rights Reserved. NADASC Valuation Data is used under license from NADASC.



# LOUANNE CLARK VAN PELT Estate
## David Merrill Trustee
3355 North Academy Boulevard
Colorado Springs, Colorado.
[80917-5103]

United States District Court
for the District of Colorado
901 19th Street – A105
Denver, Colorado. 80294

FILED
Certificate of Mailing
UNITED STATES DISTRICT COURT
DENVER, COLORADO
AUG 3 1 2015
JEFFREY P. COLWELL
CLERK

FILED-DISTRICT & COUNTY
COURTS-EL PASO CO., CO
AUG 2 5 2015
DR. LYNETTE CORNELIUS
CLERK OF COURT

Dear USDC Clerk;

Please file this refusal for cause (copy) and Criminal Complaint in Case No. 15-MC-145. Please return the enclosed three copies in the self-addressed envelope provided. This is evidence if this presenter claims I have obligations to perform or makes false claims against me in the future. Additionally as evidenced on the Criminal Complaint this is evidence of fraud with the intent to steal the estate of LOUANNE CLARK VAN PELT Living Trust. Herein also is evidence of felony tampering with a witness, the US Clerk of Court. A copy of this instruction has been sent with the original refusal for cause back to the presenter in a timely fashion with the intention to dissuade any further trespass.

Dear State district court clerk;

Please file this refusal for cause and federal Criminal Complaint into Case No. 2015-PR-30574. Return the original Refusal for Cause to Deputy Clerk of Court Sarah L. ORTIZ with the copy of this clerk instruction while filing the original clerk instruction (red thumbprint) with a copy of the Refusal for Cause please.

## Cause of Action

Catherine Anne SEAL knowingly, willingly and intentionally defrauded the El Paso County Sheriff into believing with force the attached document (EPCO Reception #215079068 7/23/15) entitled Letters Testamentary was a valid court order issued from a properly bonded judicial officer as indicated, "Catherine Anne Seal was appointed or qualified by this Court or its Registrar on July 1, 2015 as Personal Representative." SEAL knew at that time that I have, as evidenced in the federal Miscellaneous Case File and evidence repository in Denver 15-MC-145 and proven out that Francis Renae JOHNSON impersonates a judicial officer outside the scope of constitutions and statute. This act of fraud is designed to generate the impression that the estate of deceased Louanne Clark VAN PELT is in formal probate and under SEAL's control.

Furthermore attached is returned Refusal for Cause (R4C) on SEAL's Letter of August 10, 2015 that arrived on the same day as Todd Winter VAN PELT suffered catastrophic heart failure and died - August 12, 2015. I believe that this kind of coercion and resulting anxiety of having one's home taken away constitutes wrongful death.