

**David Merrill**
**115 E. Vermijo Ave #202**
**Colorado Springs, Colorado**
**[80903]**

```
            FILED
    UNITED STATES DISTRICT COURT
        DENVER, COLORADO

        NOV 0 2 2015

     JEFFREY P. COLWELL
                    CLERK
```

United States District Court
for the District of Colorado
901 19th Street - A105
Denver, Colorado.

Registered Mail #RA 143 133 611 US

Dear Clerk;

      Please file this refusal for cause in the case jacket of Article III case 15-MC-145, mark the extra copies and return them to me. This issue is evidence if State Attorney Catherine SEAL, hereinafter "SEAL", claims I have obligations to perform or makes false claims against me in the future. A copy of this instruction has been sent with the original refusal for cause back to the presenter in a timely fashion.

      It would seem that a partial response to the initial presumption might benefit Ms. SEAL, as SEAL appears to notify me that she has been appointed by "the Court" while I published that no court exists (El Paso County Clerk and Recorder AFFIDAVIT OF TRUTH Reception #215068907 7/1/2015) because Ms Francis Renae JOHNSON is impersonating a district court magistrate judge and is not really a judicial officer at all. It goes to follow then that Ms SEAL has not been appointed at all, except by someone posing as a judicial officer and therefore I am absent my consent to comply with such a preposterous order. I do not consent to justice being understood by an insurance policy especially when the Secretary of State blatantly refuses to disclose any bond whatsoever behind SEAL or JOHNSON acting in collusion, "Oaths only!" Let the so called "Court" abide under Constitution and Statute as it is intended. Those who have faulty oaths do not constitute "the Court". And, as such, whatever Ms. SEAL is referring to is foreign in regard to the State of Colorado and, in my opinion, is just another Corporation pretending to have authority. This explains why she is behaving like she is too; as any real judicial officer is obligated and bonded to law and constitution so as to protect the obligations of contract. All the intimation that I am somehow in conflict is false and is simply me honoring promises I made to my mother Louanne who founded the LOUANNE CLARK VAN PELT living trust and appointed me Trustee. I have attached additional evidence that Louanne VAN PELT intended a living trust, rather than probate for her estate.

      Additionally after the 7/1/15 hearing when Ms SEAL requested verbally to inspect the estate and I told her that I do not want that, she said, "Fine! I can just get a court order!" I wish to point out that instead of a court order, SEAL is trying to coerce consent by intimidation in the refused presentment herein of 10/1/15. This childish bully tactic is unacceptable. That Refusal for Cause is upon a Motion for Eviction Notice and now it is discovered that the unbonded officers - JOHNSON and CHITTUM are choosing silence with this current presentment being a letter from Catherine SEAL directly to me.

Since there is no court, understood by law, and bonded by oath conforming to Constitution and Statute, it is no surprise that Ms SEAL defrauded the Sheriff with a bogus court order to "inspect" the estate. Now it seems that instead of a court We have defeated criminal syndicalism with the Secretary of State Wayne WILLIAMS allowing irregular and unlawful oaths of office. The Conflict of Interest between State Attorneys, being "probate court" is more the State Attorney Retirement Fund and now Catherine SEAL acts independently of any court at all, pretending to be appointed "Personal Representative". SEAL has no sovereign or judicial immunity from billing/suit and so is exposed to expensive judgment in her individual capacity and also might be charged as attached as her claim might alter the public record at the El Paso County Clerk and Recorder office regarding my home and the VAN PELT Patroon heritage.

### Certificate of Mailing

My signature below expresses that I have mailed a copy of the presentment, refused for cause with the original clerk instruction to the district court and the original presentment, refused for cause in red ink and a copy of this clerk instruction has been mailed registered mail as indicated back to the presenter within a few days of presentment.



(Trust SEAL)

_____
First Trustee for the LOUAN CLARK VAN PELT Living Trust and Estate

Catherine Ann SEAL                          Registered Mail #RA 150 037 448 US
PO Box 2682
Colorado Springs, Colorado. [80901-2682]

Frances Renae JOHNSON                       First Class
270 South Tejon
Colorado Springs, Colorado. [80903]

Martha Jeanne VAN PELT                      First Class      
1510 Kingsley Drive
Colorado Springs, Colorado. [80909]

Jesse Starr DUNCAN                          First Class
1425 Iowa Ave.
Colorado Springs, Colorado. [80909]

Justin VAN PELT                             First Class
Doc#105823 (marked LEGAL)
Fremont Correctional Facility
P.O. Box 999
Canon City, Colorado. [81512]

# NOTICE TO QUIT
(Please Type or Print Legibly)

To: David Merrill and all other occupants.

Pursuant to §13-40-107, C.R.S., you are hereby notified by the undersigned Personal Representative that your tenancy at will of the land and premises described below is terminated as of November 5, 2015 (date) at 12:00 noon (time) and you are accordingly notified to vacate said premises and surrender possession thereof on or before said date and time.

| Street Address ▓▓▓▓▓▓▓ Circle | | |
|---|---|---|
| City Colorado Springs | County El Paso | |
| Subdivision ▓▓▓▓▓ | Lot 5 | Block 1 |

The grounds for termination are as follows: The Personal Representative must prepare the property for listing and sale.

Date: October 27, 2015

_____
Catherine Anne Seal, Personal Representative of the Estate of Louanne Van Pelt

## CERTIFICATE OF SERVICE

I hereby certify that I served this Notice to Quit on _____ (date) in _____ (County), Colorado by my selection below:

☐ By leaving a true copy with _____ (Full Name) who is ☐the Tenant, ☐other person occupying such premises, or a ☐member of the tenant's family above the age of fifteen years and residing on or in charge of the premises _____ (Full Name of Person)

☐ By posting in a conspicuous place on the premises at _____

_____
Signature

### Notice to Quit - §13-40-107, C.R.S.

(1) A tenancy may be terminated by notice in writing, served not less than the respective period fixed before the end of the applicable tenancy, as follows:
  (a) A tenancy for one year or longer, -ninety-one days;
  (b) A tenancy of six months or longer but less than a year, twenty eight days;
  (c) A tenancy of one month or longer but less than six months, seven days;
  (d) A tenancy of one week or longer but less than one month, or a tenancy at will, three days;
  (e) A tenancy for less than one week, one day.

(2) Such notice shall describe the property and the particular time when the tenancy will terminate and shall be signed by the landlord or tenant, the party giving such notice or his agent or attorney.

(3) Any person in possession of real property with the assent of the owner is presumed to be a tenant at will until the contrary is shown.

(4) No notice to quit shall be necessary from or to a tenant whose term is, by agreement, to end at a time certain.

(5) Except as otherwise provided in §38-33-112, C.R.S., the provisions of subsections (1) and (4) of this section shall not apply to the termination of a residential tenancy during the 90-day period provided for in said section.

JDF 97　R7-12　NOTICE TO QUIT

AO 91 (Rev. 08/09) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
District of Colorado

| | |
|---|---|
| United States of America<br>v.<br>Catherine Anne SEALS<br><br>_____<br>*Defendant(s)* | )<br>)<br>) Case No. 2015-MC-145<br>)<br>)<br>) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____October 28, 2015_____ in the county of _____El Paso/Denver_____ in the _____ District of _____Colorado_____, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| Title 18 USC §1512 (c)(2) | Theft or alteration of record. Making false claims to a real property that might effect county clerk and recorder entries. |

This criminal complaint is based on these facts:

Catherine Anne SEALS signed a Notice to Quit on the VAN PELT family home with intent to empty the house and to sell it as though she has a claim.

☐ Continued on the attached sheet.

_____
*Complainant's signature*

_____
*Printed name and title*

Sworn to before me and signed in my presence.

Date: _____

_____
*Judge's signature*

City and state: _____

_____
*Printed name and title*