# LOUANNE CLARK VAN PELT Estate

## David Merrill Trustee

**3355 North Academy Boulevard**
**Colorado Springs, Colorado.**
**[80917-5103]**

**FILED**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

NOV 0 9 2015

JEFFREY P. COLWELL
CLERK

United States District Court
for the District of Colorado
901 19th Street – A105
Denver, Colorado. 80294

Registered Mail # RE 143 133 585 US

Dear USDC Clerk;

Please file this refusal for cause (copy) in Miscellaneous Case File 15-MC-145. Please return the enclosed copy in the self-addressed envelope provided. This is evidence if this presenter claims I have obligations to perform or makes false claims against me in the future. A copy of this instruction has been sent with the original refusal for cause back to the presenter in a timely fashion.

Memo to Catherine Anne SEAL regarding Francis Renae JOHNSON:

Thank you for your offers. I must reject both offers because as I have already explained I drove to Denver and found that Frances Renae JOHNSON has no oath of office published at the Secretary of State's office there. If she were not in a vacant office and exposed to lawsuit for having no judicial or sovereign immunity, I might examine your offers more closely.

I notice that JOHNSON is dropping her title as district court magistrate for this order. This would authorize her as a county court judge because she has an oath of office at the county clerk and recorder. She cannot change hats midstream to mix metaphors. JOHNSON has and has had no authority to appoint you or anybody in any positions of authority over the LOUANNE CLARK VAN PELT living Trust. I am addressing this criminal behavior with an unsigned (for now) federal Criminal Complaint attached.

Additionally I am concerned about delays in receiving mails. Please do not drop the "#189" from the E. Vermijo mailing address. When a new mailman delivers he is confused. Also as indicated herein this mailing was delivered timely but my process server was expecting me to drop in, and I did not so finally she emailed me. Therefore the Court and all parties are requested to please send all mail to the address on the letterhead above. I have already Refused for Cause timely the Notice to Quit issued as per this alleged ORDER.

**State District Clerk - Please file this in 15-PR-30574 and give the red Refusal for Cause Copy to Francis Renae JOHNSON.**

### Certificate of Mailing

My signature below expresses that I have mailed a copy of the presentment, refused for cause with the original clerk instruction to the district court Registered Mail and the original

presentment, refused for cause in red ink and a copy of this clerk instruction has been mailed Registered Mail as indicated back to the presenter within a few days of presentment.

Catherine Anne SEALS                          First Class
Office of the Public Administrator
PO Box 6
Colorado Springs, Colorado. [80901-0006]

Frances Renae JOHNSON                         First Class after USDC markings
270 South Tejon
Colorado Springs, Colorado. [80903]

Martha Jeanne VAN PELT                        First Class
1510 Kingsley Drive
Colorado Springs, Colorado. [80909]

Jesse Starr DUNCAN                            First Class
1425 Iowa Ave.
Colorado Springs, Colorado. [80909]

Justin VAN PELT                               First Class
Doc#105823 (marked LEGAL)
Fremont Correctional Facility
P.O. Box 999
Canon City, Colorado. [81512]

For the LOUANNE CLARK VAN PELT Trust

Redeemed Lawful Money
Pursuant to 12 USC §411
www.law.cornell.edu/uscode

_____
David Merrill acting solely as trustee.


STATE OF COLORADO            }
                             } ss:
COUNTY OF EL PASO            }


Subscribed and sworn to before me this ____6TH____ day of _NOV_ , 2015

by David Merrill who is known to me.


My commission expires ____TAD HOWARD_____.

COURIER PROCESS SERVICE, INC
115 East Vermijo, Suite 202
Colorado Springs, CO 80903-2009

District Court, El Paso County, Colorado
270 South Tejon Street
Colorado Springs, CO  80903
(719) 452-5396

**In the Matter of the Estate of:**

**LOUANNE C. VAN PELT, aka LOUANNE VAN PELT**

**Deceased**

▲   **COURT USE ONLY**   ▲

Case Number: 15 PR 30574

Division   W      Courtroom W150

**ORDER AUTHORIZING PERSONAL REPRESENTATIVE TO FILE EVICTION**

This matter comes before the court on the Personal Representative's Motion for Order Authorizing Personal Representative to File Eviction, and the Court being fully advised in the premises,

**FINDS** that the relief sought is appropriate, and

**ORDERS** the Personal Representative is authorized to file an eviction action to evict David Merrill from the decedent's residence at

This order or judgment was issued with consent, and any appeal must be taken pursuant to Rule 7(b).

Done and Ordered this _____ day of _____, 2015.

_____
Magistrate

District Court, El Paso County, Colorado
270 S Tejon Street
Colorado Springs, CO 80903
(719) 452-5396

**In the Matter of the Estate of:**

**LOUANNE C. VAN PELT, aka LOUANNE VAN PELT**

**Deceased**

▲     **COURT USE ONLY**     ▲

Attorney or Party Without Attorney (Name and Address):
Office of the Public Administrator for
El Paso and Teller Counties
Catherine Anne Seal
90 S. Cascade Ave., Suite 400
P.O. Box 6
Colorado Springs, CO 80903
Phone: (719) 447-1760     Fax: (719) 634-0695
Email: cas@kirtlandseal.com
Atty Reg. No. 2690

Case Number:  15 PR 30574

Division  W          Courtroom W150

**CERTIFICATE OF SERVICE**



I certify that on the 27th day of October 2015, a copy the GRANTED Order Authorizing Personal Representative to File Eviction was served on each of the following via First Class US mail, postage pre-paid or e-served as incidated:

Jesse Starr Duncan
1425 Iowa Ave.
Colorado Springs, CO 80909

Justin Van Pelt
DOC# 105823
Fremont Correctional Facility
PO Box 999
Canon City, CO 81512

Martha Jeanne Van Pelt
1510 Kingsley Drive
Colorado Springs, CO 80909

David Merrill
115 E. Vermijo Ave.
Colorado Springs, CO 80903

*/s/Kristine K. Claypool*
Kristine K. Claypool, Paralegal

JDF 717   9/09   CERTIFICATE OF SERVICE

DISTRICT COURT, EL PASO COUNTY, COLORADO

Court Address:
270 S. Tejon, Colorado Springs, CO, 80901

**In the Matter of:** LOUANNE VAN PELT

DATE FILED: October 26, 2015 8:43 PM
CASE NUMBER: 2015PR30574

⚠ COURT USE ONLY ⚠

Case Number: 2015PR30574
Division: W          Courtroom:

**Order Authorizing Personal Representative to File Eviction**

The motion/proposed order attached hereto: GRANTED.

This order was issued with consent; any appeal taken must be in accordance with Rule 7(b) of the Colorado Rules for Magistrates.

Issue Date: 10/26/2015

FRANCES RENAE JOHNSON
Magistrate

*(handwritten across document: "Refused for Cause")*

District Court, El Paso County, Colorado
270 South Tejon Street
Colorado Springs, CO 80903
(719) 452-5396

In the Matter of the Estate of:

**LOUANNE C. VAN PELT, aka LOUANNE VAN PELT**

**Deceased**

**COURT USE ONLY** ▲

Case Number: 15 PR 30574

Division W    Courtroom W150

**ORDER AUTHORIZING PERSONAL REPRESENTATIVE TO FILE EVICTION**

This matter comes before the Court on the Personal Representative's Motion for Order Authorizing Personal Representative to File Eviction, and the Court being fully advised in the premises,

**FINDS** that the relief sought is appropriate, and

**ORDERS** the Personal Representative is authorized to file an eviction action to evict David Merrill from the decedent's residence at

This order or judgment was issued with consent, and any appeal must be taken pursuant to Rule 7(b).

Done and Ordered this _____ day of _____, 2015.

_____
Magistrate

El Paso County Court
270 S. Tejon
Colorado Springs CO 80901 United States



DAVID MERRILL
115 E VERMIJO AVE
COLORADO SPRINGS CO 80903                    252-1004

To:      David Merrill

Subject:   Service of Documents in 2015PR30574.

You are being served with documents filed electronically through the
Integrated Colorado Courts E-Filing System (ICCES).  Please review the
following details concerning this service.

*   Court Location: El Paso County
*   Case Number: 2015PR30574

*   Filing ID: N/A
*   Filed Document Title(s):
    *   Order Authorizing Personal Representative to File Eviction
*   Submitted on Date/Time: Tue Oct 27 18:58:23 MDT 2015
*   Submitted by Authorizing Organization:
*   Submitted by Authorizing Attorney: El Paso County Court

If you have a question about the above listed case, please contact the court.
Information for all Colorado court locations is listed on the Colorado Judicial Branch
website http://www.courts.state.co.us/Index.cfm.



DISTRICT COURT, EL PASO COUNTY, COLORADO

Court Address:

270 S. Tejon, Colorado Springs, CO, 80901

**In the Matter of:** LOUANNE VAN PELT

DATE FILED: October 26, 2015

△ COURT USE ONLY △

Case Number: 2015PR30574

Division: W          Courtroom:

Order Authorizing Personal Representative to File Eviction

The motion/proposed order attached hereto: GRANTED.

This order was issued with consent; any appeal taken must be in accordance with Rule 7(b) of the Colorado Rules for Magistrates.

Issue Date: 10/26/2015

FRANCES RENAE JOHNSON
Magistrate

*(handwritten annotations: "Refusal for Cause", "↑ formerly 'District Court Magistrate Judge'")*



Office of the Public Administrator
PO Box 6
Colorado Springs, CO 80901-0006

Dav
115
Col

Rec.
10-30-15

Rec.
10-30-15

FIRST CLASS MAIL

neopost
04210002363
ZIP 80901
US POSTAGE
$00.48
10/28/2015

AO 91 (Rev. 08/09)  Criminal Complaint

# UNITED STATES DISTRICT COURT
### for the
### District of Colorado

| | |
|---|---|
| United States of America | ) |
| v. | ) |
| Catherine Anne SEALS | )    Case No.  2015-MC-145 |
| Francis Renae JOHNSON | ) |
| | ) |
| | ) |
| _Defendant(s)_ | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____ November 1, 2015 _____ in the county of _____ El Paso _____ in the

_____ District of _____ Colorado _____ , the defendant(s) violated:

| _Code Section_ | _Offense Description_ |
|---|---|
| Title 18 USC §1512 (c)(2) | Theft or alteration of record. Fraudulent conveyance of property by bogus eviction process. Attempts to obfuscate vacancy of office. |
| Title 18 USC §286 | Conspiracy. |

This criminal complaint is based on these facts:

In past process Francis Renae JOHNSON has presented herself as a district court magistrate judge and has no oath of office at the Secretary of State in Denver. Now she fraudulently presents herself as only a "Magistrate" wherein she might be construed to be a county court magistrate judge. JOHNSON and SEAL conspire to defraud the local Sheriff into supporting an unauthorized eviction and property theft.

□ Continued on the attached sheet.

_____
_Complainant's signature_

_____
_Printed name and title_

Sworn to before me and signed in my presence.

Date: _____

_____
_Judge's signature_

City and state: _____

_____
_Printed name and title_

# LOUANNE CLARK VAN PELT Estate
# David Merrill Trustee
### 3355 North Academy Boulevard
### Colorado Springs, Colorado.
### [80917-5103]

United States District Court
for the District of Colorado
901 19th Street – A105
Denver, Colorado. 80294

Registered Mail # RE 143 133 585 US

Dear USDC Clerk;

      Please file this refusal for cause (copy) in Miscellaneous Case File 15-MC-145. Please return the enclosed copy in the self-addressed envelope provided. This is evidence if this presenter claims I have obligations to perform or makes false claims against me in the future. A copy of this instruction has been sent with the original refusal for cause back to the presenter in a timely fashion.

Memo to Catherine Anne SEAL regarding Francis Renae JOHNSON:

      Thank you for your offers. I must reject both offers because as I have already explained I drove to Denver and found that Frances Renae JOHNSON has no oath of office published at the Secretary of State's office there. If she were not in a vacant office and exposed to lawsuit for having no judicial or sovereign immunity, I might examine your offers more closely.

      I notice that JOHNSON is dropping her title as district court magistrate for this order. This would authorize her as a county court judge because she has an oath of office at the county clerk and recorder. She cannot change hats midstream to mix metaphors. JOHNSON has and has had no authority to appoint you or anybody in any positions of authority over the LOUANNE CLARK VAN PELT living Trust. I am addressing this criminal behavior with an unsigned (for now) federal Criminal Complaint attached.

      Additionally I am concerned about delays in receiving mails. Please do not drop the "#189" from the E. Vermijo mailing address. When a new mailman delivers he is confused. Also as indicated herein this mailing was delivered timely but my process server was expecting me to drop in, and I did not so finally she emailed me. Therefore the Court and all parties are requested to please send all mail to the address on the letterhead above. I have already Refused for Cause timely the Notice to Quit issued as per this alleged ORDER.

**State District Clerk - Please file this in 15-PR-30574 and give the red Refusal for Cause Copy to Francis Renae JOHNSON.**

### Certificate of Mailing

My signature below expresses that I have mailed a copy of the presentment, refused for cause with the original clerk instruction to the district court Registered Mail and the original

presentment, refused for cause in red ink and a copy of this clerk instruction has been mailed
Registered Mail as indicated back to the presenter within a few days of presentment.

Catherine Anne SEALS                     First Class
Office of the Public Administrator
PO Box 6
Colorado Springs, Colorado. [80901-0006]

Frances Renae JOHNSON                    First Class after USDC markings
270 South Tejon
Colorado Springs, Colorado. [80903]

Martha Jeanne VAN PELT                   First Class
1510 Kingsley Drive
Colorado Springs, Colorado. [80909]

Jesse Starr DUNCAN                       First Class
1425 Iowa Ave.
Colorado Springs, Colorado. [80909]

Justin VAN PELT                          First Class
Doc#105823 (marked LEGAL)
Fremont Correctional Facility
P.O. Box 999
Canon City, Colorado. [81512]

For the LOUANNE CLARK VAN PELT Trust

Redeemed Lawful Money
Pursuant to 12 USC §411
www.law.cornell.edu/uscode

_____
David Merrill acting solely as trustee.

STATE OF COLORADO          }
                           } ss:
COUNTY OF EL PASO          }

Subscribed and sworn to before me this ___6TH___ day of _NOV_, 2015

by David Merrill who is known to me.

My commission expires ___TAD HOWARD_____.

COURIER PROCESS SERVICE, INC
115 East Vermijo, Suite 202
Colorado Springs, CO 80903-2008

District Court, El Paso County, Colorado
270 South Tejon Street
Colorado Springs, CO  80903
(719) 452-5396

**In the Matter of the Estate of:**

**LOUANNE C. VAN PELT, aka LOUANNE VAN PELT**

**Deceased**

▲   **COURT USE ONLY**   ▲

Case Number: 15 PR 30574

Division   W      Courtroom W150

**ORDER AUTHORIZING PERSONAL REPRESENTATIVE TO FILE EVICTION**

This matter comes before the court on the Personal Representative's Motion for Order Authorizing Personal Representative to File Eviction, and the Court being fully advised in the premises,

**FINDS** that the relief sought is appropriate, and

**ORDERS** the Personal Representative is authorized to file an eviction action to evict David Merrill from the decedent's residence at ███████████████████.

This order or judgment was issued with consent, and any appeal must be taken pursuant to Rule 7(b).

Done and Ordered this _____ day of _____, 2015.

_____
Magistrate

District Court, El Paso County, Colorado
270 S Tejon Street
Colorado Springs, CO 80903
(719) 452-5396

**In the Matter of the Estate of:**

**LOUANNE C. VAN PELT, aka LOUANNE VAN PELT**

**Deceased**

Attorney or Party Without Attorney (Name and Address):
Office of the Public Administrator for
El Paso and Teller Counties
Catherine Anne Seal
90 S. Cascade Ave., Suite 4?0
P.O. Box 6
Colorado Springs, CO 80903
Phone: (719) 447-5760      Fax: (7?9) 634-0685
Email: cas@kirtlandseal.com
Atty Reg. N?. 26906

▲   **COURT USE ONLY**   ▲

Case Number:  15 PR 30574

Division  W          Courtroom W150



**CERTIFICATE OF SERVICE**

I certify that on the 27th day of October 2015, a copy of the *GRANTED Order Authorizing Personal Representative to File Eviction* was served on each of the following via First Class US mail, postage pre-paid or e-served as incidated:

Jesse Starr Duncan
1425 Iowa Ave.
Colorado Springs, CO 80909

Justin Van Pelt
DOC# 105823
Fremont Correctional Facility
PO Box 999
Canon City, CO 81512

Martha Jeanne Van Pelt
1510 Kingsley Drive
Colorado Springs, CO 80909

David Merrill
115 E. Vermijo Ave.
Colorado Springs, CO 80903

/s/Kristine K. Claypool
Kristine K. Claypool, Paralegal

| DISTRICT COURT, EL PASO COUNTY, COLORADO | |
|---|---|
| Court Address: | |
| 270 S. Tejon, Colorado Springs, CO, 80901 | DATE FILED: October 26, 2015 8:43 PM |
| | CASE NUMBER: 2015PR30574 |
| **In the Matter of:** LOUANNE VAN PELT | |
| | ⚠ COURT USE ONLY ⚠ |
| | Case Number: 2015PR30574 |
| | Division: W          Courtroom: |

### Order Authorizing Personal Representative to File Eviction

The motion/proposed order attached hereto is: GRANTED.

This order was issued with consent; any appeal taken must be in accordance with Rule 7(b) of the Colorado Rules for Magistrates.

Issue Date: 10/26/2015

*Frances N. J*

FRANCES RENAE JOHNSON
Magistrate

District Court, El Paso County, Colorado
270 South Tejon Street
Colorado Springs, CO  80903
(719) 452-5396

In the Matter of the Estate of:

LOUANNE C. VAN PELT, aka LOUANNE VAN PELT

Deceased

COURT USE ONLY ▲

Case Number: 15 PR 30574

Division   W      Courtroom W150

**ORDER AUTHORIZING PERSONAL REPRESENTATIVE TO FILE EVICTION**

This matter comes before the court on the Personal Representative's Motion for Order Authorizing Personal Representative to File Eviction, and the Court being fully advised in the premises,

**FINDS** that the relief sought is appropriate, and

**ORDERS** the Personal Representative is authorized to file an eviction action to evict David Merrill from the decedent's residence at

This order or judgment was issued with consent, and any appeal must be taken pursuant to Rule 7(b).

Done and Ordered this _____ day of _____, 2015.

_____
Magistrate

El Paso County Court
270 S. Tejon
Colorado Springs CO 80901 United States



DAVID MERRILL
115 E VERMIJO AVE
COLORADO SPRINGS CO 80903                    252-1004

To:      David Merrill

Subject:   Service of document in 2015PR30574.

You are being served with documents filed electronically through the
Integrated Colorado Courts E-Filing System (ICCES).  Please review the
following details concerning this service.

- Court Location: El Paso County
- Case Number: 2015PR30574

- Filing ID: N/A
- Filed Document Title(s):
  - Order Authorizing Personal Representative to File Eviction
- Submitted on Date/Time: Tue Oct 27 18:23 MDT 2015
- Submitted by Authorizing Organization:
- Submitted by Authorizing Attorney: El Paso County Court

If you have a question about the above listed case, please contact the court.
Information for all Colorado court locations is listed on the Colorado Judical Branch
website http://www.courts.state.co.us/Index.cfm.



DISTRICT COURT, EL PASO COUNTY, COLORADO

Court Address:
270 S. Tejon, Colorado Springs, CO, 80901

**In the Matter of:** LOUANNE VAN PELT

DATE FILED: October 26, 2015

⚠ **COURT USE ONLY** ⚠

Case Number: 2015PR30574
Division: W        Courtroom:

**Order Authorizing Personal Representative to File Eviction**

The motion/proposed order attached hereto: GRANTED.

This order was issued with consent; any appeal taken must be in accordance with Rule 7(b) of the Colorado Rules for Magistrates.

Issue Date: 10/26/2015

*Frances N.*

FRANCES RENAE JOHNSON
Magistrate

*[handwritten annotation: Refusal for Cause — formerly "District Court Magistrate Judge"]*



Office of the Public Administrator
PO Box 6
Colorado Springs, CO 80901-0006

Dav
115
Col

Rec'
10-3L-15

Rec'
10-30-15

neopost™
04210002363
ZIP 80501
FIRST CLASS MAIL

US POSTAGE
$ 00.48⁵
10 28/2015

AO 91 (Rev. 08/09)  Criminal Complaint

# UNITED STATES DISTRICT COURT
### for the
District of Colorado

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| Catherine Anne SEALS | ) | Case No.   2015-MC-145 |
| Francis Renae JOHNSON | ) | |
| | ) | |
| _____ | ) | |
| Defendant(s) | | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____ November 1, 2015 _____ in the county of _____ El Paso _____ in the
_____ District of _____ Colorado _____ , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| Title 18 USC §1512 (c)(2) | Theft or alteration of record. Fraudulent conveyance of property by bogus eviction process. Attempts to obfuscate vacancy of office. |
| Title 18 USC §286 | Conspiracy. |

This criminal complaint is based on these facts:

In past process Francis Renae JOHNSON has presented herself as a district court magistrate judge and has no oath of office at the Secretary of State in Denver. Now she fraudulently presents herself as only a "Magistrate" wherein she might be construed to be a county court magistrate judge. JOHNSON and SEAL conspire to defraud the local Sheriff into supporting an unauthorized eviction and property theft.

☐ Continued on the attached sheet.

_____
*Complainant's signature*

_____
*Printed name and title*

Sworn to before me and signed in my presence.

Date: _____

_____
*Judge's signature*

City and state: _____

_____
*Printed name and title*

AO 91 (Rev. 08/09)  Criminal Complaint

# UNITED STATES DISTRICT COURT

for the

District of Colorado

| | |
|---|---|
| United States of America ) | |
| v. ) | |
| Catherine Anne SEALS ) | Case No.  2015-MC-145 |
| Francis Renae JOHNSON ) | |
| ) | |
| ) | |
| _____ ) | |
| *Defendant(s)* | |

## CRIMINAL COMPLAINT

    I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____ November 1, 2015 _____ in the county of _____ El Paso _____ in the

_____ District of _____ Colorado _____ , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| Title 18 USC §1512 (c)(2) | Theft or alteration of record. Fraudulent conveyance of property by bogus eviction process. Attempts to obfuscate vacancy of office. |
| Title 18 USC §286 | Conspiracy. |

    This criminal complaint is based on these facts:

In past process Francis Renae JOHNSON has presented herself as a district court magistrate judge and has no oath of office at the Secretary of State in Denver. Now she fraudulently presents herself as only a "Magistrate" wherein she might be construed to be a county court magistrate judge. JOHNSON and SEAL conspire to defraud the local Sheriff into supporting an unauthorized eviction and property theft.

    ❏ Continued on the attached sheet.


_____

*Complainant's signature*

_____

*Printed name and title*

Sworn to before me and signed in my presence.


Date: _____

_____

*Judge's signature*

City and state: _____

_____

*Printed name and title*



Office of the Public Administrator
PO Box 6
Colorado Springs, CO 80901-0006

Dav
115
Col

Rcc,
10-30-15

Rcc,
10-31-15

neopost™
04ZK02002963
ZIP80501
$ 00.48⁵
10/28/2015

FIRST CLASS MAIL

US POSTAGE

FOREVER

80901013 C036



DISTRICT COURT, EL PASO COUNTY, COLORADO

Court Address:
270 S. Tejon, Colorado Springs, CO, 80901

In the Matter of: LOUANNE VAN PELT

DATE FILED: October 26, 2015

⚠ COURT USE ONLY ⚠

Case Number: 2015PR30574
Division: W          Courtroom:

**Order Authorizing Personal Representative to File Eviction**

The motion/proposed order attached hereto: GRANTED.

This order was issued with consent; any appeal taken must be in accordance with Rule 7(b) of the Colorado Rules for Magistrates.

Issue Date: 10/26/2015

FRANCES RENAE JOHNSON
Magistrate

El Paso County Court
270 S. Tejon
Colorado Springs CO 80901 United States



DAVID MERRILL
115 E VERMIJO AVE                    252-1004
COLORADO SPRINGS CO 80903


To:     David Merrill

Subject:  Service of documents in 2015PR30574.

You are being served with documents filed electronically through the
Integrated Colorado Courts E-Filing System (ICCES). Please review the
following details concerning this service.

 • Court Location: El Paso County
 • Case Number: 2015PR30574

 • Filing ID: N/A
 • Filed Document Title(s):
    • Order Authorizing Personal Representative to Sale Eviction
 • Submitted on Date/Time: Tue Oct 27 18:36:23 MDT 2015
 • Submitted by Authorizing Organization:
 • Submitted by Authorizing Attorney: El Paso County Court

If you have a question about the above listed case, please contact the court.
Information for all Colorado court locations is listed on the Colorado Judical Branch
website http://www.courts.state.co.us/Index.cfm.

| District Court, El Paso County, Colorado<br>270 South Tejon Street<br>Colorado Springs, CO  80903<br>(719) 452-5396 | |
| --- | --- |
| **In the Matter of the Estate of:**<br><br>**LOUANNE C. VAN PELT, aka LOUANNE VAN PELT**<br><br>**Deceased** | **COURT USE ONLY** ▲ |
| | Case Number: 15 PR 30574<br><br>Division   W     Courtroom W150 |

**ORDER AUTHORIZING PERSONAL REPRESENTATIVE TO FILE EVICTION**

This matter comes before the court on the Personal Representative's Motion for Order Authorizing Personal Representative to File Eviction, and the Court being fully advised in the premises,

**FINDS** that the relief sought is appropriate, and

**ORDERS** the Personal Representative is authorized to file an eviction action to evict David Merrill from the decedent's residence at _____.

This order or judgment was issued with consent, and any appeal must be taken pursuant to Rule 7(b).

Done and Ordered this _____ day of _____, 2015.

_____
Magistrate

| | |
|---|---|
| **DISTRICT COURT, EL PASO COUNTY, COLORADO**<br>Court Address:<br>270 S. Tejon, Colorado Springs, CO, 80901<br><br>**In the Matter of:** LOUANNE VAN PELT | DATE FILED: October 26, 2015 8:43 PM<br>CASE NUMBER: 2015PR30574<br><br><br>△ **COURT USE ONLY** △ |
| | Case Number: 2015PR30574<br>Division: W          Courtroom: |

### Order Authorizing Personal Representative to File Eviction

The motion/proposed order attached hereto: GRANTED.

This order was issued with consent; an appeal taken must be in accordance with Rule 7(b) of the Colorado Rules for Magistrates.

Issue Date: 10/26/2015

*Frances M. J.*

FRANCES RENAE JOHNSON
Magistrate

District Court, El Paso County, Colorado
270 S Tejon Street
Colorado Springs, CO 80903
(719) 452-5396

In the Matter of the Estate of:

**LOUANNE C. VAN PELT, aka LOUANNE VAN PELT**

Deceased

Attorney or Party Without Attorney (Name and Address):
Office of the Public Administrator for
El Paso and Teller Counties
Catherine Anne Seal
90 S. Cascade Ave., Suite 480
P.O. Box 6
Colorado Springs, CO 80903
Phone: (719) 447-5760        Fax: (719) 634-0685
Email: cas@kirtlandseal.com
Atty Reg. No. 26906

▲   **COURT USE ONLY**   ▲

Case Number: 15 PR 30574

Division   W        Courtroom W150

**CERTIFICATE OF SERVICE**

I certify that on the 27th day of October 2015, a copy of the *GRANTED Order Authorizing Personal Representative to Take Eviction* was served on each of the following via First Class US mail, postage pre-paid or e-served as incidated:

Jesse Starr Duncan
1425 Iowa Ave.
Colorado Springs, CO 80909

Justin Van Pelt
DOC# 105823
Fremont Correctional Facility
PO Box 999
Canon City, CO 81512

Martha Jeanne Van Pelt
1510 Kingsley Drive
Colorado Springs, CO 80909

David Merrill
115 E. Vermijo Ave.
Colorado Springs, CO 80903

/s/Kristine K. Claypool
Kristine K. Claypool, Paralegal

JDF 717   9/09   CERTIFICATE OF SERVICE

District Court, El Paso County, Colorado
270 South Tejon Street
Colorado Springs, CO  80903
(719) 452-5396

**In the Matter of the Estate of:**

LOUANNE C. VAN PELT, aka LOUANNE VAN PELT

Deceased

▲   COURT USE ONLY   ▲

Case Number: 15 PR 30574

Division   W      Courtroom W150

**ORDER AUTHORIZING PERSONAL REPRESENTATIVE TO FILE EVICTION**

This matter comes before the court on the Personal Representative's Motion for Order Authorizing Personal Representative to File Eviction, and the Court being fully advised in the premises,

**FINDS** that the relief sought is appropriate, and

**ORDERS** the Personal Representative is authorized to file an eviction action to evict David Merrill from the decedent's residence at ~~4~~

This order or judgment was issued with consent, and any appeal must be taken pursuant to Rule 7(b).

Done and Ordered this _____ day of _____, 2015.

_____
Magistrate

presentment, refused for cause in red ink and a copy of this clerk instruction has been mailed Registered Mail as indicated back to the presenter within a few days of presentment.


Catherine Anne SEALS                        First Class
Office of the Public Administrator
PO Box 6
Colorado Springs, Colorado. [80901-0006]


Frances Renae JOHNSON                       First Class after USDC markings
270 South Tejon
Colorado Springs, Colorado.  [80903]


Martha Jeanne VAN PELT                       First Class
1510 Kingsley Drive
Colorado Springs, Colorado. [80909]


Jesse Starr DUNCAN                           First Class
1425 Iowa Ave.
Colorado Springs, Colorado. [80909]


Justin VAN PELT                              First Class
Doc#105823 (marked LEGAL)
Fremont Correctional Facility
P.O. Box 999
Canon City, Colorado. [81512]


For the LOUANNE CLARK VAN PELT Trust



Redeemed Lawful Money
Pursuant to 12 USC §411
www.law.cornell.edu/uscode

_____
David Merrill acting solely as trustee.


STATE OF COLORADO              }

                               } ss:

COUNTY OF EL PASO              }


Subscribed and sworn to before me this _6TH_ day of _NOV_, 2015
by David Merrill who is known to me.


My commission expires    TAD HOWARD    .

COURIER PROCESS SERVICE, INC
115 East Vermijo, Suite 202
Colorado Springs, CO  80903-2009

# LOUANNE CLARK VAN PELT Estate
# David Merrill Trustee
### 3355 North Academy Boulevard
### Colorado Springs, Colorado.
### [80917-5103]

United States District Court
for the District of Colorado
901 19th Street – A105
Denver, Colorado. 80294

Registered Mail # RE 143 133 585 US

Dear USDC Clerk;

Please file this refusal for cause (copy) in Miscellaneous Case File 15-MC-145. Please return the enclosed copy in the self-addressed envelope provided. This is evidence if this presenter claims I have obligations to perform or makes false claims against me in the future. A copy of this instruction has been sent with the original refusal for cause back to the presenter in a timely fashion.

Memo to Catherine Anne SEAL regarding Francis Renae JOHNSON:

Thank you for your offers. I must reject both offers because as I have already explained I drove to Denver and found that Frances Renae JOHNSON has no oath of office published at the Secretary of State's office there. If she were not in a vacant office and exposed to lawsuit for having no judicial or sovereign immunity, I might examine your offers more closely.

I notice that JOHNSON is dropping her title as district court magistrate for this order. This would authorize her as a county court judge because she has an oath of office at the county clerk and recorder. She cannot change hats midstream to mix metaphors. JOHNSON has and has had no authority to appoint you or anybody in any positions of authority over the LOUANNE CLARK VAN PELT living Trust. I am addressing this criminal behavior with an unsigned (for now) federal Criminal Complaint attached.

Additionally I am concerned about delays in receiving mails. Please do not drop the "#189" from the E. Vermijo mailing address. When a new mailman delivers he is confused. Also as indicated herein this mailing was delivered timely but my process server was expecting me to drop in, and I did not so finally she emailed me. Therefore the Court and all parties are requested to please send all mail to the address on the letterhead above. I have already Refused for Cause timely the Notice to Quit issued as per this alleged ORDER.

**State District Clerk - Please file this in 15-PR-30574 and give the red Refusal for Cause Copy to Francis Renae JOHNSON.**

## Certificate of Mailing

My signature below expresses that I have mailed a copy of the presentment, refused for cause with the original clerk instruction to the district court Registered Mail and the original

AO 91 (Rev. 08/09)  Criminal Complaint

# UNITED STATES DISTRICT COURT
### for the
### District of Colorado

| | |
|---|---|
| United States of America | ) |
| v. | ) |
| Catherine Anne SEALS | )    Case No.  2015-MC-145 |
| Francis Renae JOHNSON | ) |
| | ) |
| | ) |
| *Defendant(s)* | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____ November 1, 2015 _____ in the county of _____ El Paso _____ in the

_____ District of _____ Colorado _____ , the defendant(s) violated:

| *Code Section* | *Offense Description* |
|---|---|
| Title 18 USC §1512 (c)(2) | Theft or alteration of record. Fraudulent conveyance of property by bogus eviction process. Attempts to obfuscate vacancy of office. |
| Title 18 USC §286 | Conspiracy. |

This criminal complaint is based on these facts:

In past process Francis Renae JOHNSON has presented herself as a district court magistrate judge and has no oath of office at the Secretary of State in Denver. Now she fraudulently presents herself as only a "Magistrate" wherein she might be construed to be a county court magistrate judge. JOHNSON and SEAL conspire to defraud the local Sheriff into supporting an unauthorized eviction and property theft.

☐ Continued on the attached sheet.

_____
*Complainant's signature*

_____
*Printed name and title*

Sworn to before me and signed in my presence.

Date: _____

_____
*Judge's signature*

City and state: _____

_____
*Printed name and title*



DISTRICT COURT, EL PASO COUNTY, COLORADO

Court Address:
270 S. Tejon, Colorado Springs, CO, 80901

In the Matter of: LOUANNE VAN PELT

DATE FILED: October 26, 2015

⚠ COURT USE ONLY ⚠

Case Number: 2015PR30574
Division: W          Courtroom:

Order Authorizing Personal Representative to File Eviction

The motion/proposed order attached hereto: GRANTED.

This order was issued with consent; any appeal taken must be in accordance with Rule 7(b) of the Colorado Rules for Magistrates.

Issue Date: 10/26/2015

FRANCES RENAE JOHNSON
Magistrate

El Paso County Court
270 S. Tejon
Colorado Springs CO 80901 United States



DAVID MERRILL
115 E VERMIJO AVE
COLORADO SPRINGS CO 80903

252-1004

To:      David Merrill

Subject: Service of documents in 2015PR30574.

You are being served with documents filed electronically through the
Integrated Colorado Courts E-Filing System (ICCES).  Please review the
following details concerning this service.

  • Court Location: El Paso County
  • Case Number: 2015PR30574

  • Filing ID: N/A
  • Filed Document Title(s):
    • Order Authorizing Personal Representative to Sale Eviction
  • Submitted on Date/Time: Tue Oct 27 18:41:23 MDT 2015
  • Submitted by Authorizing Organization:
  • Submitted by Authorizing Attorney: El Paso County Court

If you have a question about the above listed case, please contact the court.
Information for all Colorado court locations is listed on the Colorado Judical Branch
website http://www.courts.state.co.us/Index.cfm.

District Court, El Paso County, Colorado
270 South Tejon Street
Colorado Springs, CO  80903
(719) 452-5396

In the Matter of the Estate of:

LOUANNE C. VAN PELT, aka LOUANNE VAN PELT

Deceased

**COURT USE ONLY** ▲

Case Number: 15 PR 30574

Division  W    Courtroom W150

## ORDER AUTHORIZING PERSONAL REPRESENTATIVE TO FILE EVICTION

This matter comes before the Court on the Personal Representative's Motion for Order Authorizing Personal Representative to File Eviction, and the Court being fully advised in the premises,

**FINDS** that the relief sought is appropriate, and

**ORDERS** the Personal Representative is authorized to file an eviction action to evict David Merrill from the decedent's residence at _____

This order or judgment was issued with consent, and any appeal must be taken pursuant to Rule 7(b).

Done and Ordered this _____ day of _____, 2015.

_____
Magistrate

DISTRICT COURT, EL PASO COUNTY, COLORADO

Court Address:
270 S. Tejon, Colorado Springs, CO, 80901

**In the Matter of:** LOUANNE VAN PELT

DATE FILED: October 26, 2015 8:43 PM
CASE NUMBER: 2015PR30574

△ **COURT USE ONLY** △

Case Number:  2015PR30574
Division: W          Courtroom:

**Order Authorizing Personal Representative to File Eviction**

The motion/proposed order attached hereto: GRANTED.

This order was issued with consent; an appeal taken must be in accordance with Rule 7(b) of the Colorado Rules for Magistrates.

Issue Date: 10/26/2015

*Frances R. J.*

FRANCES RENAE JOHNSON
Magistrate

District Court, El Paso County, Colorado
270 S Tejon Street
Colorado Springs, CO 80903
(719) 452-5396

**In the Matter of the Estate of:**

**LOUANNE C. VAN PELT, aka LOUANNE VAN PELT**

**Deceased**

▲   **COURT USE ONLY**   ▲

Attorney or Party Without Attorney (Name and Address):
Office of the Public Administrator for
El Paso and Teller Counties
Catherine Anne Seal
90 S. Cascade Ave., Suite 400
P.O. Box 6
Colorado Springs, CO 80903
Phone: (719) 447-9760          Fax: (719) 634-0485
Email: cas@kirtlandseal.com
Atty Reg. No. 26963

Case Number: 15 PR 30574

Division   W          Courtroom W150

**CERTIFICATE OF SERVICE**

I certify that on the 27th day of October, 2015, a copy of the *GRANTED Order Authorizing Personal Representative to file Eviction* was served on each of the following via First Class US mail, postage pre-paid or e-served as incidated:

Jesse Starr Duncan
1425 Iowa Ave.
Colorado Springs, CO 80909

Justin Van Pelt
DOC# 105823
Fremont Correctional Facility
PO Box 999
Canon City, CO 81512

Martha Jeanne Van Pelt
1510 Kingsley Drive
Colorado Springs, CO 80909

David Merrill
115 E. Vermijo Ave.
Colorado Springs, CO 80903

/s/Kristine K. Claypool
Kristine K. Claypool, Paralegal

District Court, El Paso County, Colorado
270 South Tejon Street
Colorado Springs, CO  80903
(719) 452-5396

**In the Matter of the Estate of:**

**LOUANNE C. VAN PELT, aka LOUANNE VAN PELT**

**Deceased**

▲  **COURT USE ONLY**  ▲

Case Number: 15 PR 30574

Division   W        Courtroom W150

**ORDER AUTHORIZING PERSONAL REPRESENTATIVE TO FILE EVICTION**

This matter comes before the court on the Personal Representative's Motion for Order Authorizing Personal Representative to File Eviction, and the Court being fully advised in the premises,

**FINDS** that the relief sought is appropriate, and

**ORDERS** the Personal Representative is authorized to file an eviction action to evict David Merrill from the decedent's residence at _____

This order or judgment was issued with consent, and any appeal must be taken pursuant to Rule 7(b).

Done and Ordered this _____ day of _____, 2015.

_____
Magistrate

presentment, refused for cause in red ink and a copy of this clerk instruction has been mailed Registered Mail as indicated back to the presenter within a few days of presentment.

Catherine Anne SEALS                          First Class
Office of the Public Administrator
PO Box 6
Colorado Springs, Colorado. [80901-0006]

Frances Renae JOHNSON                        First Class after USDC markings
270 South Tejon
Colorado Springs, Colorado.  [80903]

Martha Jeanne VAN PELT                        First Class
1510 Kingsley Drive
Colorado Springs, Colorado. [80909]

Jesse Starr DUNCAN                            First Class
1425 Iowa Ave.
Colorado Springs, Colorado. [80909]

Justin VAN PELT                               First Class
Doc#105823 (marked LEGAL)
Fremont Correctional Facility
P.O. Box 999
Canon City, Colorado. [81512]

For the LOUANNE CLARK VAN PELT Trust



Redeemed Lawful Money
Pursuant to 12 USC 411
www.law.cornell.edu/uscode

_____
David Merrill acting solely as trustee.

STATE OF COLORADO               }
                                }  ss:
COUNTY OF EL PASO               }


Subscribed and sworn to before me this ___6TH___ day of __NOV__, 2015
by David Merrill who is known to me.


My commission expires   TAD HOWARD              .

COURIER PROCESS SERVICE, INC
115 East Vermijo, Suite 202
Colorado Springs, CO 80903-2008

# LOUANNE CLARK VAN PELT Estate
# David Merrill Trustee
**3355 North Academy Boulevard**
**Colorado Springs, Colorado.**
**[80917-5103]**

United States District Court
for the District of Colorado
901 19th Street – A105
Denver, Colorado. 80294

Registered Mail # RE 143 133 585 US



Dear USDC Clerk;

Please file this refusal for cause (copy) in Miscellaneous Case File 15-MC-145. Please return the enclosed copy in the self-addressed envelope provided. This is evidence if this presenter claims I have obligations to perform or makes false claims against me in the future. A copy of this instruction has been sent with the original refusal for cause back to the presenter in a timely fashion.

Memo to Catherine Anne SEAL regarding Francis Renae JOHNSON:

Thank you for your offers. I must reject both offers because as I have already explained I drove to Denver and found that Frances Renae JOHNSON has no oath of office published at the Secretary of State's office there. If she were not in a vacant office and exposed to lawsuit for having no judicial or sovereign immunity, I might examine your offers more closely.

I notice that JOHNSON is dropping her title as district court magistrate for this order. This would authorize her as a county court judge because she has an oath of office at the county clerk and recorder. She cannot change hats midstream to mix metaphors. JOHNSON has and has had no authority to appoint you or anybody in any positions of authority over the LOUANNE CLARK VAN PELT living Trust. I am addressing this criminal behavior with an unsigned (for now) federal Criminal Complaint attached.

Additionally I am concerned about delays in receiving mails. Please do not drop the "#189" from the E. Vermijo mailing address. When a new mailman delivers he is confused. Also as indicated herein this mailing was delivered timely but my process server was expecting me to drop in, and I did not so finally she emailed me. Therefore the Court and all parties are requested to please send all mail to the address on the letterhead above. I have already Refused for Cause timely the Notice to Quit issued as per this alleged ORDER.

**State District Clerk - Please file this in 15-PR-30574 and give the red Refusal for Cause Copy to Francis Renae JOHNSON.**

### Certificate of Mailing

My signature below expresses that I have mailed a copy of the presentment, refused for cause with the original clerk instruction to the district court Registered Mail and the original

AO 91 (Rev. 08/09)   Criminal Complaint

# UNITED STATES DISTRICT COURT

for the

District of Colorado

|  |  |  |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| Catherine Anne SEALS | ) | Case No.  2015-MC-145 |
| Francis Renae JOHNSON | ) | |
|  | ) | |
|  | ) | |

*Defendant(s)*

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____ November 1, 2015 _____ in the county of _____ El Paso _____ in the

_____ District of _____ Colorado _____ , the defendant(s) violated:

| *Code Section* | *Offense Description* |
|---|---|
| Title 18 USC §1512 (c)(2) | Theft or alteration of record. Fraudulent conveyance of property by bogus eviction process. Attempts to obfuscate vacancy of office. |
| Title 18 USC §286 | Conspiracy. |

This criminal complaint is based on these facts:

In past process Francis Renae JOHNSON has presented herself as a district court magistrate judge and has no oath of office at the Secretary of State in Denver. Now she fraudulently presents herself as only a "Magistrate" wherein she might be construed to be a county court magistrate judge. JOHNSON and SEAL conspire to defraud the local Sheriff into supporting an unauthorized eviction and property theft.

☐ Continued on the attached sheet.

_____

*Complainant's signature*

_____

*Printed name and title*

Sworn to before me and signed in my presence.

Date: _____

_____

*Judge's signature*

City and state: _____

_____

*Printed name and title*



DISTRICT COURT, EL PASO COUNTY, COLORADO

Court Address:
270 S. Tejon, Colorado Springs, CO, 80901

In the Matter of: LOUANNE VAN PELT

DATE FILED: October 26, 2015

⚠ COURT USE ONLY ⚠

Case Number: 2015PR30574
Division: W          Courtroom:

Order Authorizing Personal Representative to File Eviction

The motion/proposed order attached hereto: GRANTED.

This order was issued with consent; any appeal taken must be in accordance with Rule 7(b) of the Colorado Rules for Magistrates.

Issue Date: 10/26/2015

*Frances N.*

FRANCES RENAE JOHNSON
Magistrate

*[handwritten:] Refusal for cause*

*[handwritten:] formerly "District Court Magistrate Judge"*

Page 1 of 1

El Paso County Court
270 S. Tejon
Colorado Springs CO 80901 United States



DAVID MERRILL
115 E VERMIJO AVE
COLORADO SPRINGS CO 80903          252-1004

To:     David Merrill

Subject:   Service of documents in 2015PR30574.

You are being served with documents filed electronically through the
Integrated Colorado Courts E-Filing System (ICCES).  Please review the
following details concerning this service.

  • Court Location: El Paso County
  • Case Number: 2015PR30574

  • Filing ID: N/A
  • Filed Document Title(s):
      • Order Authorizing Personal Representative to File Eviction
  • Submitted on Date/Time: Tue Oct 27 18:11:23 MDT 2015
  • Submitted by Authorizing Organization:
  • Submitted by Authorizing Attorney: El Paso County Court

If you have a question about the above listed case, please contact the court.
Information for all Colorado court locations is listed on the Colorado Judical Branch
website http://www.courts.state.co.us/Index.cfm.

District Court, El Paso County, Colorado
270 South Tejon Street
Colorado Springs, CO  80903
(719) 452-5396

**In the Matter of the Estate of:**

**LOUANNE C. VAN PELT, aka LOUANNE VAN PELT**

**Deceased**

**COURT USE ONLY** ▲

Case Number: 15 PR 30574

Division   W     Courtroom W150

**ORDER AUTHORIZING PERSONAL REPRESENTATIVE TO FILE EVICTION**

This matter comes before the Court on the Personal Representative's Motion for Order Authorizing Personal Representative to File Eviction, and the Court being fully advised in the premises,

**FINDS** that the relief sought is appropriate, and

**ORDERS** the Personal Representative is authorized to file an eviction action to evict David Merrill from the decedent's residence at

This order or judgment was issued with consent, and any appeal must be taken pursuant to Rule 7(b).

Done and Ordered this _____ day of _____, 2015.

_____
Magistrate

| DISTRICT COURT, EL PASO COUNTY, COLORADO | |
|---|---|
| Court Address:<br>270 S. Tejon, Colorado Springs, CO, 80901<br><br>**In the Matter of:** LOUANNE VAN PELT | DATE FILED: October 26, 2015 8:43 PM<br>CASE NUMBER: 2015PR30574<br><br><br>⚠ **COURT USE ONLY** ⚠ |
| | Case Number:  2015PR30574 |
| | Division:  W           Courtroom: |



**Order Authorizing Personal Representative to File Eviction**

The motion/proposed order attached hereto: GRANTED.

This order was issued with consent; an appeal taken must be in accordance with Rule 7(b) of the Colorado Rules for Magistrates.

Issue Date: 10/26/2015

FRANCES RENAE JOHNSON
Magistrate

| | |
|---|---|
| District Court, El Paso County, Colorado<br>270 S Tejon Street<br>Colorado Springs, CO 80903<br>(719) 452-5396 | |
| **In the Matter of the Estate of:**<br><br>**LOUANNE C. VAN PELT, aka LOUANNE VAN PELT**<br><br>**Deceased** | ▲   **COURT USE ONLY**   ▲ |
| Attorney or Party Without Attorney (Name and Address):<br>Office of the Public Administrator for<br>El Paso and Teller Counties<br>Catherine Anne Seal<br>90 S. Cascade Ave., Suite 480<br>P.O. Box 6<br>Colorado Springs, CO 80903<br>Phone: (719) 447-1760       Fax: (719) 634-0485<br>Email: cas@kirtlandseal.com<br>Atty Reg. No. 26908 | Case Number:  15 PR 30574<br><br><br>Division  W          Courtroom W150 |

### CERTIFICATE OF SERVICE

I certify that on the 27th day of October, 2015, a copy of the *GRANTED Order Authorizing Personal Representative to File Eviction* was served on each of the following via First Class US mail, postage pre-paid or e-served as incidated:

Jesse Starr Duncan
1425 Iowa Ave.
Colorado Springs, CO 80909

Justin Van Pelt
DOC# 105823
Fremont Correctional Facility
PO Box 999
Canon City, CO 81512

Martha Jeanne Van Pelt
1510 Kingsley Drive
Colorado Springs, CO 80909

David Merrill
115 E. Vermijo Ave.
Colorado Springs, CO 80903


*/s/Kristine K. Claypool*
Kristine K. Claypool, Paralegal

District Court, El Paso County, Colorado
270 South Tejon Street
Colorado Springs, CO  80903
(719) 452-5396

**In the Matter of the Estate of:**

**LOUANNE C. VAN PELT, aka LOUANNE VAN PELT**

**Deceased**

▲  **COURT USE ONLY**  ▲

Case Number: 15 PR 30574

Division   W       Courtroom W150

**ORDER AUTHORIZING PERSONAL REPRESENTATIVE TO FILE EVICTION**

This matter comes before the court on the Personal Representative's Motion for Order Authorizing Personal Representative to File Eviction, and the Court being fully advised in the premises,

**FINDS** that the relief sought is appropriate, and

**ORDERS** the Personal Representative is authorized to file an eviction action to evict David Merrill from the decedent's residence at ~~[redacted]~~

This order or judgment was issued with consent, and any appeal must be taken pursuant to Rule 7(b).

Done and Ordered this _____ day of _____, 2015.

_____
Magistrate

presentment, refused for cause in red ink and a copy of this clerk instruction has been mailed Registered Mail as indicated back to the presenter within a few days of presentment.

Catherine Anne SEALS                                    First Class
Office of the Public Administrator
PO Box 6
Colorado Springs, Colorado. [80901-0006]

Frances Renae JOHNSON                                  First Class after USDC markings
270 South Tejon
Colorado Springs, Colorado. [80903]

Martha Jeanne VAN PELT                                 First Class
1510 Kingsley Drive
Colorado Springs, Colorado. [80909]

Jesse Starr DUNCAN                                     First Class
1425 Iowa Ave.
Colorado Springs, Colorado. [80909]

Justin VAN PELT                                        First Class
Doc#105823 (marked LEGAL)
Fremont Correctional Facility
P.O. Box 999
Canon City, Colorado. [81512]

For the LOUANNE CLARK VAN PELT Trust

Redeemed Lawful Money
Pursuant to 12 USC 411
www.law.cornell.edu/uscode

_____
David Merrill acting solely as trustee.

STATE OF COLORADO        }
                         } ss:
COUNTY OF EL PASO        }

Subscribed and sworn to before me this ___6TH___ day of __NOV__, 2015
by David Merrill who is known to me.

My commission expires _____     TAD HOWARD _____.

COURIER PROCESS SERVICE, INC
115 East Vermijo, Suite 202
Colorado Springs, CO 80903-2008

*USDC clerk*

*Please return marked*

# LOUANNE CLARK VAN PELT Estate
## David Merrill Trustee
**3355 North Academy Boulevard**
**Colorado Springs, Colorado.**
**[80917-5103]**

United States District Court                    Registered Mail # RE 143 133 585 US
for the District of Colorado
901 19th Street – A105
Denver, Colorado. 80294

Dear USDC Clerk;

    Please file this refusal for cause (copy) in Miscellaneous Case File 15-MC-145. Please return the enclosed copy in the self-addressed envelope provided. This is evidence if this presenter claims I have obligations to perform or makes false claims against me in the future. A copy of this instruction has been sent with the original refusal for cause back to the presenter in a timely fashion.

Memo to Catherine Anne SEAL regarding Francis Renae JOHNSON:

    Thank you for your offers. I must reject both offers because as I have already explained I drove to Denver and found that Frances Renae JOHNSON has no oath of office published at the Secretary of State's office there. If she were not in a vacant office and exposed to lawsuit for having no judicial or sovereign immunity, I might examine your offers more closely.

    I notice that JOHNSON is dropping her title as district court magistrate for this order. This would authorize her as a county court judge because she has an oath of office at the county clerk and recorder. She cannot change hats midstream to mix metaphors. JOHNSON has and has had no authority to appoint you or anybody in any positions of authority over the LOUANNE CLARK VAN PELT living Trust. I am addressing this criminal behavior with an unsigned (for now) federal Criminal Complaint attached.

    Additionally I am concerned about delays in receiving mails. Please do not drop the "#189" from the E. Vermijo mailing address. When a new mailman delivers he is confused. Also as indicated herein this mailing was delivered timely but my process server was expecting me to drop in, and I did not so finally she emailed me. Therefore the Court and all parties are requested to please send all mail to the address on the letterhead above. I have already Refused for Cause timely the Notice to Quit issued as per this alleged ORDER.

**State District Clerk - Please file this in 15-PR-30574 and give the red Refusal for Cause Copy to Francis Renae JOHNSON.**

### Certificate of Mailing

My signature below expresses that I have mailed a copy of the presentment, refused for cause with the original clerk instruction to the district court Registered Mail and the original