# LOUANNE CLARK VAN PELT living Trust
## David Merrill Trustee
**3355 North Academy Boulevard**
**Colorado Springs, Colorado.**
**[80917-5103]**

RE 143 133 608 US

United States District Court
for the District of Colorado
901 19th Street – A105
Denver, Colorado. 80294

Registered Mail # RE 143 133 608 US

**FILED**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

NOV 2 0 2015

JEFFREY P. COLWELL
CLERK

NOTICE LIS PENDENS - notice to 2015-PR-30574 and to 2015-C-48039.

Dear USDC Clerk;

Please file this refusal for cause (copy) in Miscellaneous Case File 15-MC-145. Please return the enclosed copy in the self-addressed envelope provided. This is evidence if this presenter claims I have obligations to perform or makes false claims against me in the future. A copy of this instruction has been sent with the original refusal for cause back to the presenter in a timely fashion. Please return the other copy marked to the Fourth Judicial District clerk at 270 S. Tejon Street, Colorado Springs, Colorado. [80903]

Memo to Catherine Anne SEAL:

Thank you for your offers. I must reject both offers because as I have already explained I drove to Denver and found that Frances Renee JOHNSON has no oath of office published at the Secretary of State's office there. If she were not in a vacant office and exposed to lawsuit for having no judicial or sovereign immunity, I might examine your offers more closely. Without her being properly bonded by law to constitutions and statute I cannot put any trust in her. She is not working coherently with Louanne Clark VAN PELT in her will and living trust in me.

Dear State district court clerk;

I feel that Catherine Anne SEAL is defrauding the court. I have been living in my home for many years and she does not specify which time period applies on the Notice to Quit. Please file this refusal for cause into Case No. 2015-PR-30574 and also 2015-C-48039. The original Refusal for Cause is returned to Catherine Anne SEAL as the plaintiff in the recent eviction action, with the copy of this clerk instruction while filing the original clerk instruction (red thumbprint) with a copy of the Refusal for Cause please. I will be mailing more details about the Complaint I am making about all these faulty oaths of office before the deadline in 2015-C-48039.

**Certificate of Mailing**

My signature below expresses that I have mailed a copy of the presentment, refused for cause with the original clerk instruction to the district court Registered Mail and the original presentment, refused for cause in red ink and a copy of this clerk instruction has been mailed Registered Mail as indicated back to the presenter within a few days of presentment. Page 3 has additional mailings promptly sent out USPS.

Redeemed Lawful Money
Pursuant to 12 USC §411
www.law.cornell.edu/uscode/411

For the LOUANNE CLARK VAN PELT Trust

STATE OF COLORADO        }
                         } ss:
COUNTY OF EL PASO        }

Subscribed and sworn to before me this _18th_ day of _November_, 2015 by David Merrill who is known to me.

_____Theresa L Willis_____

My commission expires _11-10-2017_.

THERESA L WILLIS
NOTARY PUBLIC
STATE OF COLORADO
NOTARY ID 20054043098
MY COMMISSION EXPIRES NOVEMBER 10, 2017

_____
David Merrill acting solely as trustee.

Catherine Anne SEALS                 Priority Mail with Tracking
Office of the Public Administrator
PO Box 6
Colorado Springs, Colorado. [80901-0006]

County Court El Paso County, Colorado
Court Address: 270 South Tejon
            Colorado Springs, CO 80903

Plaintiff(s): The Estate of Louanne Van Pelt, through its Personal Representative, Catherine Anne Seal

v.

Defendant(s):David Merrill and all other occupants:

DATE FILED: November 12, 2015 2:11 PM
FILING ID: F38B0EB28083E
CASE NUMBER: 2015C 48039

**COURT USE ONLY**

Attorney or Party Without Attorney (Name and Address):
Catherine Anne Seal
El Paso County Public Administrator
P.O. Box 6
Colorado Springs, CO 80901-0006
Phone Number: (719) 447-9760      E-mail: cas@kirtlandseal.com
FAX Number: (719) 634-0485      Atty. Reg. #: 26908

Case Number: 15C48039

Division            Courtroom

## SUMMONS IN FORCIBLE ENTRY AND UNLAWFUL DETAINER

**To the above named Defendant(s), take notice that:**

1. On November 24, 2015, at 10:00 o'clock A.M. in the El Paso County Court, Colorado Springs, Colorado, the Court may be asked to enter judgment against you as set forth in the complaint.

2. A copy of the complaint against you and an answer form that you must use if you file an answer are attached.

3. If you do not agree with the complaint, then you must either:
   a. Go to the Court, located at: 270 South Tejon, Colorado Springs, Colorado, at the above date and time and file an answer stating any legal reason you have why judgment should not be entered against you,  **OR**
   b. File the answer with the Court before that date and time.

4. When you file your answer, you must pay a filing fee to the Clerk of the Court.

5. If you file an answer, you must personally serve or mail a copy to the Plaintiff(s) or the attorney who signed the complaint.

6. If you do not file with the Court, at or before the time for appearance specified in this summons, an answer to the complaint setting forth the grounds upon which you base your claim for possession and denying or admitting all of the material allegations of the complaint, judgment by default may be taken against you for the possession of the property described in the complaint, for the rent, if any, due or to become due, for present and future damages and costs, and for any other relief to which the Plaintiff(s) is (are) entitled.

7. If you are claiming that the landlord's failure to repair the residential premises is a defense to the landlord's allegation of nonpayment of rent, the Court will require you to pay into the registry of the Court, at the time of filing your answer, the rent due less any expenses you have incurred based upon the landlord's failure to repair the residential premises. In addition to filing an answer, you are required to complete an Affidavit (JDF 109) to support the amount you will need to pay into the registry of the Court.

8. If you want a jury trial, you must ask for one in the answer and pay a jury fee in addition to the filing fee.

9. If you want to file an answer or request a jury trial and you are indigent, you must appear at the above date and time, fill out a financial affidavit, and ask the Court to waive the fee.

Dated at Colorado Springs, Colorado, this 12th day of November 2015.

Clerk of the Court

By: _____

    Deputy Clerk

    _____s/ Catherine Anne Seal_____
    Plaintiff(s) (if applicable)
    Catherine Anne Seal, #26908
    (719) 447-9760
    *Duly signed original on file at the Office
    of the Public Administrator*

This Summons is issued pursuant to §13-40-111, C.R.S. A copy of the Complaint together with a blank answer form must be served with this Summons. This form should be used only for actions filed under Colorado's Forcible Entry and Detainer Act.

To the clerk: If this Summons is issued by the Clerk of the Court, the signature block for the clerk, deputy and the seal of the Court should be provided by stamp, or typewriter, in the space to the left of the attorney's name.

**WARNING: ALL FEES ARE NON-REFUNDABLE. IN SOME CASES, A REQUEST FOR A JURY TRIAL MAY BE DENIED PURSUANT TO LAW EVEN THOUGH A JURY FEE HAS BEEN PAID.**

### CERTIFICATE OF MAILING

I/we, the undersigned Plaintiff(s) (or agent for Plaintiff(s)), certify that on ___11/12/15___ (date), the date on which the Summons, Complaint and Answer were filed, I/we mailed a copy of the Summons/Alias Summons, a copy of the Complaint, and Answer form by postage prepaid, first class mail, to ~~David Grant~~ & all other occupants, the Defendant(s) at the following address(es):

~~Creek Colorado Springs, Co~~

_____
Plaintiff(s)/Agent for Plaintiff(s)

## Section 13-40-111 Colorado Revised Statutes, as amended.

**13-40-111. Issuance and return of summons.**
**(1)** Upon filing the complaint as provided in §13-40-110, C.R.S., the clerk of the court or the attorney for the plaintiff shall issue a summons. The summons shall command the Defendant to appear before the Court at a place named in such summons and at a time and on a day which shall be not less than seven days nor more than fourteen days from the day of issuing the same to answer the complaint of plaintiff. The summons shall also contain a statement addressed to the Defendant stating: "If you fail to file with the Court, at or before the time for appearance specified in the summons, an answer to the complaint setting forth the grounds upon which you base your claim or possession and denying or admitting all of the material allegations of the complaint, judgment by default may be taken against you for the possession of the property described in the complaint, for the rent, if any, due or to become due, for present and future damages and costs, and for any other relief to which the Plaintiff is entitled". If you are claiming that the landlord's failure to repair the residential premises is a defense to the landlord's allegation of nonpayment of rent, the Court will require you to pay into the registry of the Court, at the time of filing your answer, the rent due less any expenses you have incurred based upon the landlord's failure to repair the residential premises.

**13-40-112. Service.**
**(1)** Such summons may be served by personal service as in any civil action. A copy of the complaint must be served with the summons.

**(2)** If personal service cannot be had upon the Defendant by a person qualified under the Colorado Rules of Civil Procedure to serve process, after having made diligent effort to make such personal service, such person may make service by posting a copy of the summons and the complaint in some conspicuous place upon the premises. In addition thereto, the Plaintiff shall mail, no later than the next day following the day on which he/she files the complaint, a copy of the summons, or, in the event that an alias summons is issued, a copy of the alias summons, and a copy of the complaint to the Defendant at the premises by postage prepaid, first class mail.

**(3)** Personal service or service by posting shall be made at least seven days before the day for appearance specified in such summons, and the time and manner of such service shall be endorsed upon such summons by the person making service thereof.

| | |
|---|---|
| County Court El Paso County, Colorado<br>Court Address: 270 South Tejon<br>Colorado Springs, CO 80903 | DATE FILED: November 12, 2015 2:11 PM<br>FILING ID: F38B0EB28083E<br>CASE NUMBER: 2015C 48039 |
| Plaintiff(s): The Estate of Louanne Van Pelt, through its Personal Representative, Catherine Anne Seal<br><br>v.<br><br>Defendant(s):David Merrill and all other occupants: | ▲ COURT USE ONLY ▲ |
| Attorney or Party Without Attorney (Name and Address):<br>Catherine Anne Seal<br>El Paso County Public Administrator<br>P.O. Box 6<br>Colorado Springs, CO 80901-0006<br>Phone Number: (719) 447-9760   E-mail: cas@kirtlandseal.com<br>FAX Number: (719) 634-0486   Atty. Reg. #: 26908 | Case Number: 15C48039<br><br>Division      Courtroom |



## COMPLAINT IN FORCIBLE ENTRY AND DETAINER

**The Plaintiff(s), named above, state(s) and allege(s) as follows:**

1. Plaintiff(s) is/are the owner(s) of premises in the City of Colorado Springs County of El Paso, State of Colorado as follows:



| Street Address: ▓▓▓▓▓ Circle, Colorado Springs, CO | | |
|---|---|---|
| Subdivision: | Lot | Block |

2. Defendant(s) occupied the premises as a tenant at will. By such lease or tenancy, the Defendant(s) entered into the possession and occupancy of the premises.

3. Defendant(s) tenancy has been terminated, as the owner of the premises is now deceased and the premises is now the property of a probate estate.

4. Plaintiff(s) have properly served a written "Notice to Quit" upon the Defendant(s) on October 29, 2015 (date). The amount of time given to the Defendant(s) on the "Notice" has expired. A copy of the "Notice" is attached and incorporated as Exhibit A.

5. Defendant(s) unlawfully and wrongfully holds possession of the premises.

6. The amount demanded by the Plaintiff(s) does not exceed $15,000.00. If the amount does exceed $15,000.00, the Plaintiff(s) wish to limit recovery of the amount to the jurisdiction of the Court.

7. Defendant(s) is/are not engaged in the military service of the United States and is/are engaged in a civilian occupation.

8. Plaintiff(s) do not demand trial by jury. If demand is made a jury fee must be paid.

**Wherefore,** Plaintiff(s) request(s) judgment for recovery of possession of the premises, for present and future damages and costs, and for any other relief to which Plaintiff(s) is/are entitled.

_____
Plaintiff(s) Signature

P.O. Box 6
90 South Cascade Avenue, Suite 480
Colorado Springs, CO 80901-0006
(719) 447-9760

JDF 99   R7-12  COMPLAINT IN FORCIBLE ENTRY AND DETAINER
© 2012 Colorado Judicial Department for use in the Courts of Colorado

# NOTICE TO QUIT
**(Please Type or Print Legibly)**

To: **David Merrill and all other occupants.**

Pursuant to §13-40-107, C.R.S., you are hereby notified by the undersigned Personal Representative that your tenancy at will of the land and premises described below is terminated as of November 5, 2015 (date) at 12:00 noon (time) and you are accordingly notified to vacate said premises and surrender possession thereof on or before said date and time.

DATE FILED: November 12, 2015 2:21 PM
FILING ID: F36B0EB280831
CASE NUMBER: 2015C 48039

| | | |
|---|---|---|
| Street Address ▓▓▓▓▓▓▓ Circle | | |
| City Colorado Springs | County El Paso | |
| Subdivision ▓▓▓▓▓ | Lot | Block |

The grounds for termination are as follows: The Personal Representative must prepare the property for listing and sale.

Date: October 27, 2015

Catherine Anne Seal, Personal Representative of the Estate of Louanne Van Pelt

## CERTIFICATE OF SERVICE

I hereby certify that I served this Notice to Quit on _____ (date) in _____ (County), Colorado by my selection below:

❑ By leaving a true copy with _____ (Full Name) who is ❑ the Tenant, ❑ other person occupying such premises, or a ❑ member of the tenant's family above the age of fifteen years and residing on or in charge of the premises _____ (Full Name of Person)

❑ By posting in a conspicuous place on the premises at _____

_____
Signature

## Notice to Quit - §13-40-107, C.R.S.

**(1)** A tenancy may be terminated by notice in writing, served not less than the respective period fixed before the end of the applicable tenancy, as follows:
  **(a)** A tenancy for one year or longer, -ninety-one days;
  **(b)** A tenancy of six months or longer but less than a year, twenty eight days;
  **(c)** A tenancy of one month or longer but less than six months, seven days;
  **(d)** A tenancy of one week or longer but less than one month, or a tenancy at will, three days;
  **(e)** A tenancy for less than one week, one day.

**(2)** Such notice shall describe the property and the particular time when the tenancy will terminate and shall be signed by the landlord or tenant, the party giving such notice or his agent or attorney.

**(3)** Any person in possession of real property with the assent of the owner is presumed to be a tenant at will until the contrary is shown.

**(4)** No notice to quit shall be necessary from or to a tenant whose term is, by agreement, to end at a time certain.

**(5)** Except as otherwise provided in §38-33-112, C.R.S., the provisions of subsections **(1)** and **(4)** of this section shall not apply to the termination of a residential tenancy during the 90-day period provided for in said section.

# Exhibit A

JDF 97   R7-12   NOTICE TO QUIT

☐ County Court  ☐ District Court
County, Colorado
Court of Colorado

| | |
|---|---|
| Plaintiff: The Estate of Louanne Van Pelt<br>v.<br>Defendant: David Merrill and all other occupants | ▲ COURT USE ONLY ▲ |

| | |
|---|---|
| Attorney or Party Without Attorney:<br><br>Catherine A. Seal, Esq.<br>Kirtland & Seal, L.L.C.<br>P.O. Box 2682<br>Colorado Springs, CO 80901-2682<br>Phone Number: (719) 448-0734E-mail: tah@kirtlandseal.com; status@courierprocess.com<br>FAX Number: (719) 634-0485   Atty. Reg.#: | Case Number:<br><br>Division_____<br>Courtroom_____ |

## AFFIDAVIT OF SERVICE

Received by Courier Process Service, Inc on the 28th day of October, 2015 at 8:33 am to be served on David Merrill and all other occupants: ████████ Circle, Colorado Springs, CO ████

I, Jerry Protsman, being duly sworn, depose and say that on the 28th day of October, 2015 at 4:23 pm, I:

**PERSONALLY** served two true and correct copies of the Notice to Quit * to David Merrill and all other occupants at the address of: 4█████████ Circle, Colorado Springs, C█████ in El Paso County

Description of Person Served: Age: 50, Sex: M, Race/Skin Color: White, Height: 5'9", Weight: 200, Hair: Grey, Glasses: Y

Additional Information pertaining to this service:
 * One copy of the Notice to Quit was personally served on David Merrill and a second copy was posted for all other occupants.

I have charged the following fees for my services in this matter:
 Private Process Server
 Fee $45.00

I am 18 years or more and am not interested in, nor a party to, this case.

(STATE OF COLORADO  )
(                    )  SS
(COUNTY OF EL PASO   )

Subscribed and Sworn to before me on the 30th day of October, 2015 by the affiant who is personally known to me.

**THERESA L WILLIS**
**NOTARY PUBLIC**
**STATE OF COLORADO**
NOTARY ID 20054043098
MY COMMISSION EXPIRES NOVEMBER 10, 2017

My Commission expires:

_____
Jerry Protsman
Process Server

Courier Process Service, Inc.
115 East Vermijo Avenue
Suite 202
Colorado Springs, CO 80903-2008
(719) 475-7360

AFFIDAVIT OF SERVICE          Job Number: TCH-2015004600

County Court El Paso County, Colorado
Court Address: 270 South Tejon
              Colorado Springs, CO  80903

Plaintiff(s): The Estate of Louanne Van Pelt, through her Personal
Representative; Catherine Anne Seal

v.

Defendant(s):David Merrill and all other occupants:

Attorney or Party Without Attorney (Name and Address):

**COURT USE ONLY**

Case Number:  15C48039

Division          Courtroom

## ANSWER UNDER SIMPLIFIED CIVIL PROCEDURE
### (including counterclaim(s) and/or cross claim(s))

The Defendant(s) _____(name), answer(s)  the  complaint  as
follows:

1.  The amount of damages claimed to be due to the Plaintiff(s) by the complaint in this action is not due and
owing for the following reasons:

_____

_____

**OR**

the Plaintiff(s) is/are not entitled to possession of the property and Defendant(s) is/are entitled to retain
possession for the following reasons:

_____

_____

**OR**

the injunctive relief requested by the Plaintiff(s) should not be allowed for the following reasons:

_____

_____

_____

2.  ☐(If applicable) the Defendant(s), _____, assert(s) the following
counterclaim(s) or setoff(s) against the Plaintiff(s)

_____

_____

3.  ☐(If applicable) the Defendant(s) _____, assert(s) the following cross claim(s) against _____, named Defendant(s) (you are limited to the jurisdiction of the court):

_____

_____

_____

4.  If a counterclaim is asserted above, you must check one of the following statements:
    ☐The amount of the counterclaim **does not** exceed the jurisdiction of the court (County Court filing fee required).
    ☐The amount of the counterclaim **does** exceed the jurisdiction of the court, but I wish to limit my recovery to the jurisdiction of the court (County Court filing fee required).
    ☐The amount of the counterclaim **does** exceed the jurisdiction of the court, and I wish the case transferred to the District Court (District Court filing fee required)

5.  The Defendant(s):
    ☐Request(s) a trial to the court.
    ☐Request(s) a jury trial.  By requesting a jury trial, the Defendant(s) understand(s) that a jury fee must be paid unless the fee is waived by the Court.

    **WARNING:  ALL FEES ARE NON-REFUNDABLE.  IN SOME CASES, A REQUEST FOR A JURY TRIAL MAY BE DENIED PURSUANT TO LAW EVEN THOUGH A JURY FEE HAS BEEN PAID.**

    Note:  All Defendants filing this answer must sign unless the answer is signed by an attorney.

_____            _____
Signature of Defendant(s)                    Signature of Attorney for Defendant(s) (if applicable)

Address(es) of Defendant(s): _____

Phone Number(s) of Defendant(s): _____

## CERTIFICATE OF SERVICE

I certify that on _____ (date) a true and accurate copy of this *ANSWER UNDER SIMPLIFIED CIVIL PROCEDURE* was served on _____the other party(s) or attorney(s) by:

☐Hand Delivery ☐E-filed ☐Faxed to this number _____ or ☐by placing it in the United States mail, postage pre-paid, and addressed to the following:

_____

_____

_____

_____
Defendant(s) or Attorney for Defendant(s) Signature