# LOUANNE CLARK VAN PELT Estate
## David Merrill Trustee
3355 North Academy Boulevard #189
Colorado Springs, Colorado.
[80917-5103]

United States District Court
for the District of Colorado
901 19th Street – A105
Denver, Colorado. 80294

2 Mark & Return.
original clerk instruction

*[Postage stamp: $0.00, JS POSTAGE, 12/17/2015, 71S00803117, 0917, 00009639]*

**FILED**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

**DEC 2 1 2015**

JEFFREY P. COLWELL
CLERK

Dear USDC Clerk;

    Please file this refusal for cause (copy) in Miscellaneous Case File 15-MC-145. Please return the enclosed copy in the self-addressed envelope provided. This is evidence if this presenter claims I have obligations to perform or makes false claims against me in the future. A copy of this instruction has been sent with the original refusal for cause back to the presenter in a timely fashion.

**State District Clerk - Please file this in <u>15-PR-30574</u> and give the red Refusal for Cause Copy to Francis Renae JOHNSON. The Presentment (Final Notice of Eviction) is being Refused for Cause in Case Number 15-48039 and sent back to the El Paso County Sheriff.**

**NOTICE LIS PENDENS**

**Memorandum:** Catherine Anne SEAL has not been properly appointed as Personal Representative in this matter because Francis Renae JOHNSON is not a properly seated district court magistrate. I have covered that already. The breach of trust with vacant offices is now being adjudicated in the US Court of Federal Claims in Case 15-1416 VJW.

Being Trustee of the Louanne Clark VAN PELT living Trust I am compelled to make it known the risks to the assets within the VAN PELT family home.

I consider SEAL to be Martha Jeanne VAN PELT (Marnie) my sister's attorney because my sister is insisting the house go through formal probate and be sold. My sister is unemployable in her career field as caregiver/nurse because of deafness. Marnie's lack of communication ability has also created a bad situation with the Louanne Clark VAN PELT living Trust assets.

I am in a situation where less valuable items that Todd and I decided Marnie should go through are in a storage locker, while all the family collectibles and heirlooms are setting here waiting for Marnie's disposition too. Marnie has been refusing to come to the home unless Todd (now deceased) and I provide her a house key so that she can select items she wants without any interference. Todd and I were, and I am uncomfortable giving Marnie a key to our/my home and this has led to a lack of communications. Items for Marnie to consider keeping were cleared out of the house and put in storage. Marnie has been provided with a key to the storage locker but she refuses to go through the locker. She has texted that

*USDC*

these assets are not to be disposed of. As a result there is a storage locker full of items for her to review the value of keeping. From my perspective, because of Marnie's ultimatum I am paying for a storage locker filled with unwanted items while SEAL threatens to put the more precious wooden furniture on the street for people to pick through and for the weather to destroy.

This raises a conundrum and contradiction in law where SEAL claims trustee ownership of the estate and to be appointed with authority disposing of the estate while at the same time threatening to destroy the more valuable assets in the estate. I am trustee (resulting trust) with the true claim here. If there were a properly seated judicial officer presiding over this case, I as the live-in caregiver child would be awarded the home according to case law. It is crucial to understand that if JOHNSON were properly bonded, my approach to this matter would be much more conventional.

Without a properly bonded judicial officer presiding, I took my post as Trustee of the Living Trust pursuant to Marnie's promise to accept "reverse rental" payments. The last will and testament of Louanne Clark VAN PELT was that the home provide health care for Todd with me as his caregiver. As already on the record we had a case for a professional conservator to set up this living Trust expressly and Louanne, Mom, died three days prior to the hearing. My point is that I would be arguing this matter much differently if JOHNSON were a properly seated district magistrate judge. Upon discovery that SEAL, appointed by JOHNSON, are both without any judicial authority I have been taking up my responsibilities for the living trust.

Another point is that I have January 26th, 2016 marked on my calendar as the deadline for the Notice to Quit that SEAL had served on me on October 28th, 2015. For SEAL to portray this deadline has already passed is untrue. Additionally the United States of America has until January 22nd, 2016 to respond to the Complaint now filed in the US Court of Federal Claims. Ergo - NOTICE LIS PENDENS. Logic and reason, and longstanding law provide that this NOTICE LIS PENDENS is in effect and prevents any eviction.

Redeemed Lawful Money
Pursuant to 12 USC §411
www.law.cornell.edu/uscode/

## Certificate of Mailing

My signature below expresses that I have mailed a copy of the presentment, refused for cause with the original clerk instruction to the US District Court and the original presentment, refused for cause in red ink and a copy of this clerk instruction has been mailed to the presenter within a few days of presentment.

```
                                                            ;0.00 ⁰
                                                            JS POSTAGE
                                                            12/17/2015
El Paso County Sheriff          1  original R4C             71S00803117
Attn: County Attorney                                       0917
27 E. Vermijo Avenue                                        00009640
Colorado Springs, Colorado [80903]
```

Fourth Judicial District Clerk of Court 15-31641; 15-30754; 15-48039
NOTICE LIS PENDENS
270 South Tejon Street          4 copies
Colorado Springs, Colorado. [80903]

Catherine Anne SEALS            1 copy
Office of the Public Administrator
PO Box 6
Colorado Springs, Colorado. [80901-0006]

Martha Jeanne VAN PELT          1 copy
1510 Kingsley Drive
Colorado Springs, Colorado. [80909]





$0.00
US POSTAGE
12/17/2015
71S00803117
0917
00009641

# EL PASO COUNTY SHERIFF'S OFFICE
210 South Tejon, Colorado Springs, CO 80903 (719) 520-7144
Office hours: Monday- Friday 8:00A.M. - 4:30 P.M. Closed on Holidays

## FINAL EVICTION WARNING

ALL OCCUPANTS OF _____, this is to advise you that the Court of El Paso County, State of Colorado has issued a WRIT OF RESTITUTION (Eviction Order). The Court Order COMMANDS all occupants to remove themselves and all their property IMMEDIATELY upon the posting of this notice. It is the responsibility of the tenant to remove and safeguard their own property.

*YOUR EVICTION HAS BEEN SCHEDULED WITH THE SHERIFF'S OFFICE*
*THE EVICTION WILL OCCUR NOT EARLIER THAN: IMMEDIATELY*
*THIS IS A FINAL NOTICE TO VACATE THESE PREMISES*

Court Case #: 15C41039  Posted by: Deputy D. Pinnock  Date: _____ Time: 1105

### AVISO DE CORTESÍA
La fecha de su desalojo ha sido fijado con la Oficina del Alguacil del Condado de El Paso. Esta es una notica final. Una orden de restitución (orden de desalojo) ha sido entregada por la Corte del Cuidad y Condado de El Paso ordenándole a Usted y incluyendo a cualquier ocupante que salgan INMEDIATAMENTE.

**El Paso County Sheriff's Office**

**Sergeant D. D'Mellow**
Patrol Division
Civil (719) 520-7182, ext. 41239
derrickd'mellow@elpasoco.com

520.7144

27 East Vermijo Ave.
Colorado Springs, CO 80903
www.epcsheriffsoffice.com

EMERGENCY 911
Dispatch 719-390-5555
Fax 719-520-7770

```
The UPS Store - #1991
3355 N Academy Blvd
Colorado Springs, CO 80917-5103
(719) 597-4355

12/17/15   12:28 PM

We are the one stop for all your
shipping, postal and business needs.
Ask about the Pack & Ship Promise

001 036001 (003)                    TO $    4.80
  8.5 X 11 Copies      NR QTY 48
  Reg Unit Price        $    0.10
002 000008 (022)                    TO $    9.78
  Priority Mail
  Tracking# 9405510200828848866284
003 000008 (022)                    TO $    9.78
  Priority Mail
  Tracking# 9405510200793816936415
004 000008 (022)                    TO $    9.78
  Priority Mail
  Tracking# 9405510200829848785131
005 000008 (022)                    TO $    9.78
  Priority Mail
  Tracking# 9405510200793816950305
006 000008 (022)                    TO $    9.78
  Priority Mail
  Tracking# 9405510200830973394303

                        SubTotal  $   53.70
                   Sales Tax (TO) $    0.36
                           Total  $   54.06

                            Cash  $  100.00
                          Change  $   45.94-

Items Designated NR are NOT eligible
for Returns, Refunds or Exchanges.

Receipt ID 83355379739530888775 053 Items
CSH: Chelsy
                        Tran: 3914 Reg: 001

Find us on facebook and get helpful hints!
Your feedback at feedback@upsmco.com

Whatever your business and personal
needs, we are here to serve you.

US Postal Rates Are Subject to Surcharge

We're here to help.
Join our FREE email program to receive
great offers and resources.

www.theupsstore.com/signup
```