FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JAN 1 4 2016

JEFFREY P. COLWELL
CLERK

# LOUANNE CLARK VAN PELT living Trust
# David Merrill Trustee

**3355 North Academy Boulevard**
**Colorado Springs, Colorado.**
**[80917-5103]**

United States District Court
for the District of Colorado
901 19th Street – A105
Denver, Colorado. 80294

Priority Mail

this Instruction
4 copy –
2 for Return

$0.00
US POSTAGE
1/12/2016
071S00803117
80917
00009773



Dear USDC Clerk;

Please file this refusal for cause (copy) and Memorandum in Miscellaneous Case File #15-MC-145. Please return the enclosed copy in the self-addressed envelope provided. This is evidence if this presenter claims I have obligations to perform or makes false claims against me in the future. A copy of this instruction has been sent with the original refusal for cause back to the presenter in a timely fashion.

Original

Dear State district court clerk;

Please file this refusal for cause into Case No. 2015-PR-30574. The Presenter, the El Paso County Sheriff has a case No. 15-48039 and the original Presentment is sent directly as indicated by the Receipt attached. Return the original Refusal for Cause to Frances Renae JOHNSON with the copy of this clerk instruction while filing the original clerk instruction (red thumbprint) with a copy of the Refusal for Cause please.

Martha Jeanne VAN PELT (Marnie) is copied as former beneficiary and heiress.

Dear Marnie;

I have read your text messages requesting items:

1) your share of the Peanuts Collection
2) the cross-stitch you gave Dad
3) you would like one of Mom's Christmas stitching pictures.

I apologize for delaying like this but lack of saying please made your requests come off as demands and I had to ponder the legal repercussions of replying, as you have told me you save all my texts as testimony. As you know, I have found many fatal flaws in the oath process around the Fourth Judicial District courthouse and consider the alleged Judge, Magistrate and appointed state attorney to be voluntary administrators and completely voluntary as they lack the bonding guaranteed by the constitutional oath process required by

law. I have given no consent for any appointment, rulings or orders. Furthermore I have placed the original transcript of the 7/1/15 hearing in federal court where you have perjured yourself by saying to the court that you have Power of Attorney regarding Mom's affairs. As Power of Attorney since November of 2012 at the least, I am notifying you that your inheritance in the corpus of the LOUANNE CLARK VAN PELT living Trust is revoked for the fraud you have committed on the Court.



THE COURT: This is case number 2015PR30574, In the matter of Louanne C – or the Estate of Louanne C. Van Pelt. Could we have the appearance of the parties, please?

MS. SEAL: Catherine Seal here in my capacity of Public Administrator and nominated PR.

THE COURT: Okay, thank you.

And yes, sir?

MR. MERRILL: I'm David Merrill, trustee for the Louanne C. Van Pelt Living Trust.

THE COURT: Okay, thank you.

MS. VAN PELT: I'm Martha Van Pelt, Louanne's daughter and the named PO – and the POA in the will.

THE COURT: Okay, thank you.

Alright, so Ms. Seal?

MS. SEAL: Your Honor, this case was filed by my office as a Petition for Formal Appointed – Formal Probate of Will and Formal Appointment of Personal Representative. We were

Please be aware that Todd Winter VAN PELT, our brother took possession of the entire Peanuts Collection shortly after Mom's death. I approved of him doing so because he often expressed Peanuts jokes with Mom and so she had said that Todd might become heir to the entire Collection. In return Todd granted his share in Mom's automobile to me. I suggested that Todd should speak with you about your 1/3 equity in the Collection but he never brought anything to my attention, subsequently. As Trustee I presumed honesty on Todd's part about settling the Peanuts Collection with you. I disbursed the corpus of the TODD WINTER VAN PELT living Trust to Jesse VAN PELT within three days of Todd's death on August 12, 2015. If Todd still had the Peanuts Collection in the house, Jesse probably has it in his possession.

The cross-stitch of the FOGERTY song is in the storage locker. I have been paying rent at $75/month awaiting you to clean it out, presumably to make room for the more important items still in the house. I have requested the Storage Locker send you a Notice and Contract and intend to quit paying on February 1, 2016 since the entire liability shifted to you and your "state attorney" by constructive trust on 7/1/15. I like the three Christmas hangings together and do not wish to separate them, for you to have one. They are a great collection and you have always had access (provided you are not alone) to the house and locker (I have mailed you both keys). So you can gather up plenty of mementos about Mom, including our parents' ashes. Paw-prints of Lala and Rip are in the bag too.

You have accepted the settlement of $643 for your portion of Mom's automobile and having settled that with Todd too, I consider it my personal property. With over 150K miles on it, there is not much value remaining in it as a motor vehicle. I sent you an additional $500 "Good Faith" disbursement when I heard you were visiting relatives in the NW. Please consider this might be compensation regarding Todd and my agreement regarding the vehicle and the Peanuts Collection, which Todd may have lost to you.

Be well and enjoy the fruits of the constructive trust you and your attorney have formed within the LOUANNE CLARK VAN PELT living Trust. It saddens me to witness the fraud but I am pleased to be doing something about it in Washington DC.

**Certificate of Mailing**

My signature below expresses that after filing in the state district court and acquiring court marked copies I have filed a copy of the presentment, refused for cause with the original clerk instruction to the US district court and the original presentment, refused for cause in red ink and a copy of this clerk instruction has been hand filed as indicated in the state district court and to the presenter within a few days of presentment.

For the LOUANNE CLARK VAN PELT Trust

JAN 12 2016

Redeemed Lawful Money
Pursuant to 12 USC §411
www.law.cornell.edu/uscode/

trust seal

David Merrill acting solely as trustee.

El Paso County Sheriff
Attn: County Attorney
27 E. Vermijo Avenue
Colorado Springs, Colorado. [80903]

1 copy orig. R4C

Fourth Judicial District Clerk of Court 15-30754; 15-48039
NOTICE OF FRAUD
270 South Tejon Street
Colorado Springs, Colorado. [80903]

3 copy

$0.00
US POSTAGE
1/12/2016
071S00803117
80917



Frances Renae JOHNSON
270 South Tejon
Colorado Springs, Colorado. [80903]

Catherine Anne SEALS
Office of the Public Administrator
PO Box 6
Colorado Springs, Colorado. [80901-0006]

1 copy

Martha Jeanne VAN PELT
1510 Kingsley Drive
Colorado Springs, Colorado. [80909]

1 copy

| County Court El Paso County, Colorado<br>Court Address: 270 South Tejon<br>Colorado Springs, CO 80903 | ISSUED BY COURT<br>12/03/2015<br>Lynette Cornelius<br>Clerk of the Court |
|---|---|
| Plaintiff(s): The Estate of Louanne Van Pelt, through her Personal Representative, Catherine Anne Seal<br>v.<br>Defendant(s):David Merrill and all other occupants: | Case Number:<br>Division S Courtroom 209 |

## WRIT OF RESTITUTION

The People of the State of Colorado

To the Sheriff of El Paso County

Whereas, Catherine Anne Seal, Personal Representative of the Estate of Louanne Van Pelt, Plaintiff, obtained a judgment on December 3, 2015 (date), against David Merrill and all other occupants, Defendant(s), pursuant to the Colorado Forcible Entry and Detainer (FED) statutes, § 13-40-101, *et seq*., C.R.S. ordering possession of the premises located at:

| | |
|---|---|
| Street Address | 4314 Rocklawn Circle |
| City | Colorado Springs County El Paso |

You are hereby ordered to remove the Defendant(s) and their property from the premises and restore the Plaintiff(s) to the possession of the premises stated above and to make proper return according to law.

This Writ of Restitution shall remain in effect for 49 days after issuance and shall automatically expire thereafter.

Date: ______________________ ______________________ Magistrate

State of Colorado, County of El Paso
Certified to be a true, and correct copy of the original in my custody.

DEC 09 2015

DR. LYNETTE CORNELIUS
CLERK OF THE DISTRICT/COUNTY COURT
By ______________ Deputy

Refused for Cause



EL PASO COUNTY SHERIFF'S CIVIL UNIT
210 South Tejon Street, COLORADO SPRINGS, CO 80903
(719) 520-7184

WARNING

TO: David Merrill AND ALL OTHER OCCUPANTS OF [illegible]

EVICTION COMPLETED!
THIS PROPERTY HAS BEEN RESTORED!
ANY ATTEMPT TO ENTER WILL CONSTITUTE TRESPASS.

Pursuant to Section 13-40-122, C.R.S., deputies of the Civil Unit of the El Paso County Sheriff's Office have executed a Writ of Restitution issued by the El Paso County Court in Case No. 15C [illegible]39. This has resulted in the removal of you and your personal property and restored the premises to the landlord.

Property taken by the Sheriff for safekeeping: Yes [ ] No [X] Property taken by landlord for safekeeping: Yes [ ] No [X]

Any legal guns, weapons, found were removed and are in the custody of the El Paso County Sheriff's Property Unit for safekeeping. You may claim these items by calling (719) 390-2483, Monday-Friday from 8:00 a.m. to 4:30 p.m. and make an appointment. Items taken if unclaimed for a period of sixty (60) days will be permanently disposed of.

Deputy: Baker # 89022
Signature

Date: 01/08/16
MM / DD / YY

The UPS Store - #1991
3355 N Academy Blvd
Colorado Springs, CO 80917-5103
(719) 597-4355

01/12/16 11:44 AM

We are the one stop for all your
shipping, postal and business needs.

Ask about the Pack & Ship Promise

CORPORATE CARD RECEIPT

Card Holder: Key Savings Card
Address : San Diego CA

001 036001 (003) TO $ 3.74
8.5 X 11 Copies NR QTY 55
Reg Unit Price $ 0.08
CorpCard (15.0%)$ 0.66-
002 000008 (022) TO $ 9.78
Priority Mail
Tracking# 9405510200793847844390
003 000008 (022) TO $ 9.78
Priority Mail
Tracking# 9405510200882878230316
004 000008 (022) TO $ 9.78
Priority Mail
Tracking# 9405510200883916362532
005 000008 (022) TO $ 9.78
Priority Mail
Tracking# 9405510200882878239937
006 000008 (022) TO $ 9.78
Priority Mail
Tracking# 9405510200881878155162

SubTotal $ 52.64
Sales Tax (TO) $ 0.33
Total $ 52.97

Cash $ 100.00
Change $ 47.03-