

IN THE Western District of Washington
1717 Pacific Avenue, Room 3100
Tacoma, Washington. 98402-3200; (253) 882-3800

David Merrill of the VAN PELT family

v.

THE UNITED STATES OF AMERICA

David Merrill
3355 North Academy Boulevard STE #189
Colorado Springs, Colorado. 80917-5103

RECEIVED
UNITED STATES DISTRICT COURT
DENVER, COLORADO
AUG 0 5 2016
JEFFREY P. COLWELL
CLERK

____ FILED ____ LODGED
____ RECEIVED
AUG 03 2016
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA
BY _____ DEPUTY

Case #16-cv-5520

USDC evidence repositories
Colorado; 15-53 and 15-145

**NOTICE OF LIEN**

COMES NOW David Merrill of the VAN PELT family AM I.

*But those triggers which used to move my mind to a certain Altar no longer bind me.*

**Whereas:** The remedy is codified at Title 12 USC §411 from §16 of the Federal Reserve Act (1913):

*They shall be redeemed in lawful money on demand...*

**Note:** There is a lien held by CASTLE CHURCH - For the Redemption of the Office BISHOP against all assets and properties remaining in the mental domain of debt, worldwide. The true bill at Doc 6; Page 9 of 84 demonstrates the effectiveness of natural law exposited at Proverbs 11:1 -

Pro 11:1 A false balance *is* abomination to the LORD: but a just weight *is* his delight.

Forgiveness of the Stranger/Foreigner is integrated into this Seventieth Jubilee since the invasion of Canaan; and upon the second Release Cycle (Deuteronomy 15:1) since the Bill attached perfected this lien on September 11, 2001 (Thirty (30) Day Judgment as Past Due Notice) integrating that the Trading

with the Enemy Act is and has always been illegal as applied to central banking - now "omitted" from the publications (Title 12 USC §95a) as such. FDR speaking of the days just prior to and around inauguration:

> *I told the President, however, that I believed that he has such authority under the Trading with the Enemy Act, I understood it to be the belief of the President that while some of his advisers had told him that he could do this, **others had told him that it would not be legal.** I had already asked Senator Thomas J. Walsh, who was to have become my Attorney General, to give me a report on such Presidential authority. **As Senator Walsh had died suddenly, however, on March 2d, I had asked Mr. Homer S. Cummings to become Attorney General and had requested him for an opinion.** On the evening of March 4th, **I received the verbal opinion** of the new Attorney General on which I based the Presidential Proclamation signed during the night of March 5th-6th, closing all banks.* [Bold added to describe murder and coercion upon threat thereof.] Public Addresses and Papers of FDR 1933 - Pages 870-871

**Therefore and In Summary:** It is noted that the Bill original (Certificate of Mailing Doc 6; Page 10 of 84) was served on Richard GRASSO, then Chairman of the NYSE and that the NYSE was shut down for three days. Provisions have been made in the Amendments to the Bretton Woods Agreements (1976, P.L. 94-564) as found on Page 4 of Senate Report 94-1148, since earmarked that international gold shall be $42.22/fine troy ounce when gold is re-introduced into the System. US Reserve Assets as of June 2016, Footnote 1:

> *Gold held "under earmark" at Federal Reserve Banks for foreign and international accounts is not included in the gold stock of the United States; see table 3.13, line 3. Gold stock is valued at $42.22 per fine troy ounce.*

Therefore also included, fully integrated is the code Title 22 USC §§286 and 286n, leading the way for the formation of the world central banking empire named on the face of the Bill of Exchange.

> *The President is hereby authorized to accept membership for the United States in the International Monetary Fund (hereinafter referred to as the "Fund"), and in the International Bank for Reconstruction and Development (hereinafter referred to as the "Bank"), provided for by the Articles of Agreement of the Fund and the Articles of Agreement of the Bank as set forth in the Final Act of the United Nations Monetary and Financial Conference dated July 22, 1944, and deposited in the archives of the Department of State.*

> *The President is hereby authorized (a) to accept the amendment to the articles of agreement of the International Monetary Fund (hereinafter referred to as the "Fund"), attached to the April 1968 report by the Executive Directors to the Board of Governors of the Fund, for the purpose*

> *of (i) establishing a facility based on Special Drawing Rights in the Fund and (ii) giving effect to certain modifications in the present rules and practices of the Fund, and (b) to participate in the special drawing account established by the amendment.*

This Information is complimented by the recent US Asset Report from the Federal Reserve. Special Drawing Rights (SDR's) as the measure of a society's conditioning to endorse private credit of the local central bank are emphasized to be the factor enslaving people through naked contract - ignorant endorsement of paychecks.

I should not refrain from comment about the US Court of Federal Claims, and the response from the US Department of Justice regarding recusal and default of Mr. Victor J. WOLSKI, docket report attached. Mr. Robert J. BRYAN defaults on the opportunity to redeem his official authority as no intention of correcting his oath of office, Doc 6; Page 4 of 84, is discerned in the ORDER attached and Refused for Cause timely. There is no authority in BRYAN's office, his creation *Inn of Court*, or even that he has moved this cause from Olympia (Mount Olympus), where I prefer to Notify from as Paul spent the last five years of his life fabricating Roman Protective Custody (welfare state), to Tacoma. (Items derived from Mr. BRYAN's online biography.) Robert J. BRYAN as shown by his oath of office is exemplary of the craven nature of collusion in this criminal syndicalism, herein exposed. As this lien and the default develop, it is clearer to me why traditional bonding practices are obscured. The motivation of the intentional misnomer "David L. Merrill" as in a bankruptcy attorney working from Trump Plaza Office Center in West Palm Beach, Florida, may never become clear.

Of course I had no idea which "judge" would be assigned this cause at the time of filing. It may be with respect for natural law and the law of nations that there are quite literally no *judges* in authority, as the criminal syndicalism now exposed is at its foundation felony witness tampering - the Witness being God. I recall on this journey, when finding three "district judges" with proper oaths in Fort Collins, that even then, I had to "fudge it" with their chief judge signatures witnessing. Just the same, I never had any intention that there might be any authority found within "this Court", quoting Mr. BRYAN. - Which is in complete agreement with BRYAN saying there is no jurisdiction. What is on the public record is that the US Court of Federal Claims, Supreme Court and Court of International Trade and now Washington state USDC all have cognizance that the US Attorney General, and the sundry of Colorado state offices and officials too, including the now Mayor of Colorado Springs John William SUTHERS, who was in violation of oath bonding practices way back in the '90's - that the US Attorney General must now evaluate the felony abounding in American society and politics; especially the houses of justice - *judiciary*. And that the Pope and Her Majesty (subject to the City of London) will be honoring Unum Sanctum and Motu Proprio, but not limited to any and all legitimate prosbul. This is final offer for Redemption of the Office BISHOP (of Rome) prior to SHEMITAH (Jubilee).

It is also appropriate to mention that herein at Doc 6; Page 29 of 84 exposes the motivation of greed behind this criminal syndicalism, and the motivation to keep the machinations of law behind this Jubilee secret from the people. This warrant, 03-RB-403; Filed in Colorado USDC March 7, 2003 was the misuse

of admiralty rules in central banking to steal millions of dollars from various trust accounts in a disgraceful display of greedy larceny and money laundering, by and through the STATE OF COLORADO CAPITAL FINANCE CORPORATION against which is the unsettled lien for $20,000,000.00 awaiting execution of comptroller warrant at the US Treasury, Doc 6; Page 33 of 84. Especially since this Sealed Warrant is regurgitated on to the Record in the same USDC Colorado court, and in two case files at that, we have an indictment that is exceptionally difficult to continue to ignore.

CASTLE CHURCH - For the Redemption of the Office BISHOP holds a lien on all property, land and assets worldwide as expressed under the True Bill of August 13, 2001 that perfected Thirty-Day Judgment on September 11, 2001.



State of WA
County Of King

I certify that I know or have satisfactory evidence that David Merril is/are the person who appeared before me, and signed and sworn on 8/2/2015 (date).

Signature Notary Public    Commission Expires Oct. 1, 2017



**STATE OF WASHINGTON**
**DEPARTMENT OF LICENSING**

## AFFIDAVIT OF LICENSURE

STATE OF WASHINGTON)
                           )S.S
COUNTY OF THURSTON)

I, Kim Summers, certify that on May 23, 2016 I made a good faith search of the Department of Licensing's records under my custody and control for notary public licensing records pertaining to:

**Aldwin P. Torres**

As a result of my search, I found that an initial notary public appointment was issued by the Department of Licensing to the above named person on November 26, 2013 with an expiration date of October 1, 2017.

I, Kim Summers, depose and say that I am the Manager for the Notary Public Program, Business and Professions Division, Department of Licensing for the state of Washington, and being the lawful custodian of records do hereby certify and declare under penalty of perjury under the laws of the state of Washington, pursuant to Section 9A.72.085 RCW, that the information and statements provided herein are true and correct.

_Kim Summers_                                                  5/23/16
Kim Summers, Manager                              Date
Notary Public Program
Post Office Box 9027
Olympia, Washington 98507-9027
(360) 664-1532
ksummers@dol.wa.gov

The Department of Licensing has a policy of providing equal access to its services.
If you need special accommodation, please call (360) 664-1550 or, for the hearing impaired, TTY (360) 664-8885.

7/26/2016        FRB U.S Reserve Assets, June 2016

What's New · What's Next · Site Map · A-Z Index · Careers · RSS · All Videos · Current FAQs · Contact Us     Search

**Board of Governors of the Federal Reserve System**

Home > Economic Research & Data > Data Releases

## International Summary Statistics

🖨 Print

Current Release    About    Release Dates

### Release Date: June 2016

Page 1   Page 2   Page 3

**U.S. Reserve Assets (3.12)**
Millions of dollars, end of period

| Asset | 2011 | 2012 | 2013 | Nov 2014 | Dec 2014 | Jan 2015 | Feb 2015 | Mar 2015 | Apr 2015 | May 2015 |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 Total | 150,175 | 144,575 | 130,090 | 116,640 | 117,581 | 117,188 | 117,218 | 119,727 | 121,035 | 119,190 |
| 2 Gold stock[1] | 11,041 | 11,041 | 11,041 | 11,041 | 11,041 | 11,041 | 11,041 | 11,041 | 11,041 | 11,041 |
| 3 Special drawing rights[2,3] | 55,050 | 55,184 | 51,941 | 49,202 | 49,688 | 49,500 | 49,532 | 50,518 | 50,821 | 50,305 |
| 4 Reserve position in International Monetary Fund[2,5] | 34,161 | 30,750 | 25,164 | 18,179 | 17,609 | 17,561 | 16,368 | 16,677 | 16,713 | 16,661 |
| 5 Foreign Currencies[4] | 49,922 | 47,599 | 41,944 | 38,219 | 39,242 | 39,086 | 40,279 | 41,490 | 42,459 | 41,183 |

1. Gold held "under earmark" at Federal Reserve Banks for foreign and international accounts is not included in the gold stock of the United States, see table 3.13, line 3 Gold stock is valued at $42.22 per fine troy ounce. Return to table

2. Special drawing rights(SDRs) are valued according to a technique adopted by the International Monetary Fund (IMF) in July 1974. Values are based on a weighted average of exchange rates for the currencies of member countries. From July 1974 through December 1980, sixteen currencies were used; since January 1981, five currencies have been used. U.S. SDR holdings and reserve positions in the IMF have also been valued on the basis since July 1974. Return to table

3. Includes allocations of SDR's in the Special Drawing Account in the International Monetary Fund, plus or minus transactions in SDR's. Return to table.

4. Includes holdings of Treasury and Federal Reserve System; consistent with the Quarterly Report on Treasury and Federal Reserve Foreign Exchange Operations, foreign currency denominated assets are shown not at market value but rather at amortized cost revalued at current foreign currency market exchange rates in order to report these assets in U.S dollars Excludes outstanding reciprocal currency swaps with foreign central banks. As of end-May 2016 there were $801 million swaps outstanding. Return to table

5. IMF data include the reserve tranche position and, as of May 2011, New Arrangements to Borrow. Return to table

Page 1   Page 2   Page 3

Last update: June 24, 2016

Home | Economic Research & Data
Accessibility   Contact Us   Disclaimer   Website Policies   FOIA      PDF Reader

7/26/2016      FRB Selected Foreign Official Assets Held at Federal Reserve Banks, June 2016

## Board of Governors of the Federal Reserve System

Home > Economic Research & Data > Data Releases

### International Summary Statistics

🖨 Print

Current Release   About   Release Dates

Release Date: June 2016

Page 1   Page 2   Page 3

#### Selected Foreign Official Assets Held at Federal Reserve Banks (3.13) [1]
Millions of dollars, end of period

| | Assets | 2012 | 2013 | 2014 | Nov 2015 | Dec 2015 | Jan 2016 | Feb 2016 | Mar 2016 | Apr 2016 | May 2016 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | Deposits | 6,426 | 7,970 | 5,242 | 5,249 | 5,231 | 5,232 | 5,240 | 5,185 | 5,174 | 5,182 |
| | **Held in custody** | | | | | | | | | | |
| 2 | U.S. Treasury securities[2] | 2,876,637 | 2,977,160 | 2,936,856 | 2,991,307 | 2,980,502 | 2,948,355 | 2,919,057 | 2,919,735 | 2,894,437 | 2,904,992 |
| 3 | U.S. government agency securities[3] | 311,319 | 311,862 | 290,949 | 272,178 | 268,647 | 263,370 | 266,601 | 266,468 | 264,935 | 265,131 |
| 4 | Earmarked gold[4] | 8,417 | 8,410 | 8,170 | 8,001 | 7,995 | 7,995 | 7,995 | 7,981 | 7,951 | 7,951 |

1 Except for earmarked gold, excludes items held for international and regional organizations. Return to table
2 Marketable U.S. Treasury bills, notes, and bonds and nonmarketable U.S. Treasury securities, in each case measured at face (not market) value. Return to table
3 Debt securities of U.S. government corporations and federally sponsored agencies, measured at face value. Return to table
4 Held in foreign and international accounts and valued at $42.22 per fine troy ounce; not included in the gold stock of the United States. Return to table

Page 1   Page 2   Page 3

Last update: June 24, 2016
Home | Economic Research & Data
Accessibility   Contact Us   Disclaimer   Website Policies   FOIA     PDF Reader

7/26/2016      FRB: Selected U.S Liabilities to Foreign Official Institutions, June 2016

What's New · What's Next · Site Map · A-Z Index · Careers · RSS · All Videos · Current FAQs · Contact Us    Search

**Board of Governors of the Federal Reserve System**

Home » Economic Research & Data » Data Releases

## International Summary Statistics

**Current Release**  About  Release Dates

### Release Date: June 2016

Page 1  Page 2  **Page 3**

**Selected U.S. Liabilities to Foreign Official Institutions (3.15)**
Millions of dollars, end of period

| Item | 2011 | 2012 | 2013 | 2014 Q3 | Sept 2015 | Oct 2015 | Jan 2016 | Feb 2016 | Mar 2016 | Apr 2016 |
|---|---|---|---|---|---|---|---|---|---|---|
| 1. Total | 5,474,757 | 5,768,950 | 6,056,031 | 6,030,499 | 6,033,653 | 6,002,683 | 5,964,843 | 5,979,899 | 6,019,436 | 5,999,007 |
| **By Type** | | | | | | | | | | |
| 2. Liabilities reported by banks in the United States[1] | 204,762 | 269,746 | 287,031 | 374,284 | 369,654 | 389,294 | 402,907 | 429,327 | 422,514 | 424,284 |
| 3. U.S. Treasury bills and certificates[2] | 372,720 | 398,420 | 335,308 | 307,261 | 326,401 | 336,669 | 329,630 | 318,959 | 303,039 | 284,873 |
| U.S. Treasury bonds and notes | | | | | | | | | | |
| 4. Marketable | 3,658,464 | 3,654,385 | 3,787,112 | 3,791,737 | 3,790,010 | 3,756,982 | 3,763,768 | 3,762,699 | 3,768,231 | 3,761,183 |
| 5. Nonmarketable[3] | 1,651 | 1,787 | 146 | 155 | 156 | 157 | 158 | 159 | 160 | 161 |
| 6. U.S. Securities other than U.S. Treasury securities[4] | 1,290,195 | 1,495,027 | 1,593,792 | 1,557,062 | 1,547,432 | 1,519,581 | 1,468,380 | 1,468,755 | 1,525,492 | 1,528,506 |
| 7. of which: long-term U.S. agency securities | 484,112 | 442,234 | 451,117 | 434,460 | 431,336 | 425,509 | 426,610 | 430,067 | 427,129 | 425,263 |
| 8. of which: long-term U.S. corporate bonds | 120,733 | 143,478 | 163,127 | 163,268 | 158,686 | 158,738 | 158,448 | 158,394 | 162,001 | 162,072 |
| 9. of which: U.S. corporate stocks | 685,350 | 909,315 | 979,549 | 959,333 | 957,410 | 935,334 | 883,322 | 880,293 | 936,362 | 941,171 |
| **By Area** | | | | | | | | | | |
| 10. Europe | 840,728 | 899,305 | 934,470 | 945,408 | 957,424 | 955,293 | 955,948 | 959,547 | 968,528 | 956,809 |
| 11. Canada | 33,891 | 37,946 | 36,842 | 39,341 | 38,902 | 39,300 | 39,778 | 38,691 | 40,138 | 42,857 |
| 12. Latin America and Caribbean | 498,778 | 503,056 | 534,571 | 526,749 | 529,427 | 531,427 | 527,983 | 532,651 | 529,770 | 532,388 |
| 13. Asia | 4,031,487 | 4,247,503 | 4,475,459 | 4,441,124 | 4,427,793 | 4,400,569 | 4,366,855 | 4,374,582 | 4,407,318 | 4,394,356 |
| 14. Africa | 42,391 | 45,791 | 44,090 | 48,230 | 50,655 | 46,354 | 44,814 | 43,219 | 42,479 | 42,005 |
| 15. Other countries | 28,091 | 36,498 | 31,265 | 29,272 | 29,078 | 29,370 | 29,101 | 30,844 | 30,828 | 30,218 |

1. Principally demand deposits, time deposits, bankers acceptances, commercial paper, negotiable time certificates of deposit, and borrowings under repurchase agreements. Includes certain positions reported by nonbanks such as repurchases agreements with broker-dealers. Return to table
2. Includes nonmarketable certificates of indebtedness and Treasury bills issued to official institutions of foreign countries. Return to table
3. Excludes notes issued to foreign official nonreserve agencies. Includes current value of zero-coupon Treasury bond issues to foreign governments as follows: Venezuela, beginning December 1990, 30-year maturity issue; Argentina, beginning April 1993, 30-year maturity issue. Return to table
4. Debt securities of U.S. government corporations and federally sponsored agencies, and U.S. corporate stocks and bonds. Return to table

Source: Staff estimates based on Treasury International Capital (TIC) annual Surveys of Foreign Holdings of U.S. Securities and on monthly TIC S transactions data. Beginning in September 2011, figures for Treasury securities are based on TIC SLT data when available, and TIC S transactions data otherwise.

Page 1  Page 2  **Page 3**

US Court of Federal Claims
United States Court of Federal Claims (COFC)
CIVIL DOCKET FOR CASE #: 1:15-cv-01416-VJW

MERRILL v. USA
Assigned to: Judge Victor J. Wolski
Demand: $23,000,000
Cause: 28:1491 Tucker Act

Date Filed: 11/23/2015
Jury Demand: None
Nature of Suit: 118 Contract - Other (CDA)
Jurisdiction: U.S. Government Defendant

**Plaintiff**
**DAVID MERRILL**
*of the Van Pelt family*

represented by **DAVID MERRILL**
3355 North Academy Boulevard
No. 189
Colorado Springs, CO 80917
(719) 596-1240
PRO SE

V.

**Defendant**
**USA**

represented by **Russell James Upton**
U.S. Department of Justice - Commercial Lit.
Civil Division
Post Office Box 480
Ben Franklin Station
Washington, DC 20044
(202) 305-3634
Fax: (202) 514-8624
Email: russell.j.upton@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 11/23/2015 | 1 | COMPLAINT against USA (Filing fee $400, Receipt number CFC100001558)(Copy Served Electronically on Department of Justice), filed by DAVID MERRILL. Answer due by 1/22/2016.(Attachments: # 1 Civil Cover Sheet) (vdw) (Entered: 11/23/2015) |
| 11/23/2015 | 2 | NOTICE of Assignment to Judge Victor J. Wolski. (vdw) (Entered: 11/23/2015) |
| 12/03/2015 | 3 | NOTICE of Appearance by Russell James Upton for USA . (Upton, Russell) (Entered: 12/03/2015) |
| 12/04/2015 | 4 | MOTION for Injunction/Refunding of Account, filed by DAVID MERRILL. Service: 12/4/2015. **[Filed by Leave of Judge]** Response due by 12/21/2015.(vdw) (Entered: 12/04/2015) |
| 12/04/2015 | 5 | UNREPORTED ORDER denying 4 MOTION for Injunction/Refunding of Account filed by DAVID MERRILL. Signed by Judge Victor J. Wolski. (vdw) Copy to parties. |

| Date | # | Description |
|---|---|---|
| | | (Entered: 12/04/2015) |
| 12/08/2015 | 6 | MOTION for Leave to File Motion for Injunction/Refunding of Account, filed by DAVID MERRILL. **[Filed by Leave of the Judge]** Service: 12/8/2015.**(vdw) (Entered: 12/08/2015)** |
| 12/08/2015 | 7 | STATUS REPORT, filed by DAVID MERRILL. **[Filed by Leave of the Judge]** Service: 12/8/2015. (vdw) (Entered: 12/08/2015) |
| 12/08/2015 | 8 | ORDER denying as moot 6 Motion for Leave to File Motion for Injunction/Refunding of Account. Signed by Judge Victor J. Wolski. (vdw) Copy to parties. (Entered: 12/08/2015) |
| 12/09/2015 | 9 | ORDER: Additional materials received on December 8, 2015 will collectively be considered as a status report. Another submission received will be returned to plaintiff unfiled. Plaintiff should confine his submissions to papers that are material, relevant, and pertinent to this case. Signed by Judge Victor J. Wolski. (vdw) Copy to parties. (Entered: 12/09/2015) |
| 12/09/2015 | 10 | STATUS REPORT, filed by DAVID MERRILL. **[Filed by Leave of the Judge]** Service: 12/9/2015. (vdw) (Entered: 12/09/2015) |
| 12/10/2015 | 11 | ORDER directing the Clerk to file plaintiff's document, received on December 9, 2015, as a status report. Signed by Judge Victor J. Wolski. (dls) Copy to parties. (Entered: 12/11/2015) |
| 12/10/2015 | 12 | STATUS REPORT, filed by DAVID MERRILL [by leave of the judge]. Copy served on defendant. (dls) (Entered: 12/11/2015) |
| 12/23/2015 | 13 | UNREPORTED ORDER: Mr. Merrill's filing received December 14, 2015, is to be filed as a status report. The filings received December 16, 2015 and December 21, 2015 are to be returned to plaintiff unfiled. Signed by Judge Victor J. Wolski. (vdw) Copy to parties. (Entered: 12/23/2015) |
| 12/23/2015 | 14 | STATUS REPORT, filed by DAVID MERRILL. **[Filed by Leave of Judge]** Service: 12/23/2015. (vdw) (Entered: 12/23/2015) |
| 01/21/2016 | 15 | MOTION for Summary Dismissal of Pro Se Complaint, filed by USA. Service: 01/21/2016. Response due by 2/22/2016.(vdw) (Entered: 01/22/2016) |
| 02/16/2016 | 16 | RESPONSE to 15 MOTION to Dismiss pursuant to Rules 12(b)(1) and (6), filed by DAVID MERRILL. Reply due by 2/26/2016. Service: 02/16/2016. (vdw) (Entered: 02/17/2016) |
| 02/18/2016 | 17 | REPLY to Response to Motion re 15 MOTION to Dismiss pursuant to Rules 12(b)(1) and (6), filed by USA. Service: 02/18/16. (vdw) (Entered: 02/19/2016) |

| PACER Service Center |
|---|
| Transaction Receipt |
| 7/25/2016 06:56:14 |

## Certificate of Service

David Merrill I AM and I have delivered this document to a professional process server with instructions to mail the original red thumbprint to the USDC Colorado address Case #15-53 and #15-145 while the red Refusals for Cause will be returned to the Presenter Mr. Robert J. BRYAN, with a copy to be filed with the USDC Tacoma/Olympia clerk of court in to Case #16-5520.

I prefer to file the original with the clerk in Tacoma but the deputy clerks do not like how the red ink thumbprint on my signature resembles blood.

USDC Denver
901 19th Street - A105
Denver, Colorado. 80294

China Daily Newspaper
No.15 Huixin Dongjie , Chaoyang District, Beijing 100029, PRC.

China Daily European Weekly.
90 Cannon Street, London EC4N 6HA

Clerk of Court
Attn: Dr. Kali AVIV, Inbal GALON and Ifat TARABOULOS
Weizmann St 1, Tel Aviv-Yafo, 6423901, Israel

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

DAVID MERRILL of the VAN PELT family,

Plaintiff,

v.

THE UNITED STATES OF AMERICA,

Defendant.

CASE NO. 3:16-cv-05520-RJB

ORDER

*Refused for Cause*

THIS ORDER follows the Court's sua sponte Order to Show Cause (Dkt. 5), where the Court directed Plaintiff to inform the Court of the jurisdictional basis for his claim. The Court has carefully reviewed the record in its entirety.

It appears that Plaintiff responded to the Court order by filing a document entitled, "CLARIFICATION OF CAUSE [-] Warrants issued[.]" Dkt. 9. Plaintiff's thirty-five page compilation includes copies of the following: an Oath of Office form signed by the Honorable Gilbert Martinez, United States District Court Judge for the District of Colorado, orders pertaining to a Colorado state court case, a Warrant for Arrest issued by Plaintiff that orders

ORDER- 1

1 named defendants into custody in Littleton, Colorado, an affidavit from the Washington
2 Department of Licensing stating that they have no public licensing records pertaining to Thomas
3 W. Hardy, and the Court's Order to Show Cause. However, none of these documents address the
4 jurisdictional basis for Plaintiff's claim. Plaintiff's filing entitled, "DELEGATION OF
5 AUTHORITY [-] Warrants," Dkt. 6, likewise offers no jurisdictional basis for Plaintiff's claim
6 to proceed before this Court. From Plaintiff's initial filings, it appears that Plaintiff may be
7 attempting to pursue a criminal prosecution himself, but as explained in the Court's Order to
8 Show Cause, "Under the authority of Ar. II, s 2, Congress has vested in the Attorney General the
9 power to conduct the criminal litigation of the United States Government," *United States v.*
10 *Nixon*, 418 U.S. 683, 694 (1974), so a citizen may not bring criminal charges against another by
11 filing a complaint in this court. *See Aldabe v. Aldabe*, 616 F.2d 1089, 1092 (9th Cir. 1980).
12     Plaintiff's claims should be dismissed for lack of jurisdiction. *Baker v. Carr*, 369 U.S.
13 186, 198 (1962); *Righthaven LLC v. Hoehn*, 716 F.3d 1166, 1172 (9th Cir.2013).
14     Therefore, it is **HEREBY ORDERED** that this case is **DISMISSED**.
15     The Clerk is directed to send uncertified copies of this Order to all counsel of record and
16 to any party appearing *pro se* at said party's last known address.
17     Dated this 18th day of July, 2016.

*(handwritten annotation across document: "Refused for Cause")*

*/s/ Robert J. Bryan*
ROBERT J. BRYAN
United States District Judge

ORDER- 2

## Other Orders/Judgments

3:16-cv-05520-RJB Merrill v. United States of America

LAW_CLERK_B

**U.S. District Court**

**United States District Court for the Western District of Washington**

**Notice of Electronic Filing**

The following transaction was entered on 7/18/2016 at 11:44 AM PDT and filed on 7/18/2016
**Case Name:** Merrill v. United States of America
**Case Number:** 3:16-cv-05520-RJB
**Filer:**
**WARNING: CASE CLOSED on 7/18/2016**
**Document Number:** 10

**Docket Text:**
**ORDER dismissing case, by Judge Robert J. Bryan. (cc: David Merrill @ CO address.) (DK)**

*[handwritten across document: "Refusal for Cause"]*

3:16-cv-05520-RJB Notice has been electronically mailed to:

3:16-cv-05520-RJB Notice will not be electronically mailed to:

David L Merrill
3355 North Academy Blvd
Ste #189
Colorado Springs, CO 80917-5103

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a

https://ecf.wawd.circ9.dcn/cgi-bin/Dispatch.pl?793309021792699 7/18/2016

**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1035929271 [Date=7/18/2016]
[FileNumber=6227652-0
]
[d8390af62e32697574944bc459dc79e314eed016105b2ce75586544e625616
d293c3415c409560c02616194dc63c861ea031ccb7a3f527d1a71f2f]]

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

DAVID MERRILL of the VAN PELT family,

    Plaintiff,

v.

THE UNITED STATES OF AMERICA,

    Defendant.

CASE NUMBER: C16-5520RJB

JUDGMENT IN A CIVIL CASE

[stamped across document: *Refused for Cause*]

___ Jury Verdict. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

_X_ Decision by Court. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

THE COURT HAS ORDERED THAT

    This case is DISMISSED.

July 18, 2016

WILLIAM M. McCOOL
CLERK

/s/ Dara .Kaleel
By Dara L. Kaleel, Deputy Clerk

## Other Events

**3:16-cv-05520-RJB Merrill v. United States of America** CASE **CLOSED on 07/18/2016**

CLOSED,LAW_CLERK_B

### U.S. District Court

### United States District Court for the Western District of Washington

**Notice of Electronic Filing**

The following transaction was entered on 7/18/2016 at 1:01 PM PDT and filed on 7/18/2016
**Case Name:** Merrill v. United States of America
**Case Number:** 3:16-cv-05520-RJB
**Filer:**
**WARNING: CASE CLOSED on 07/18/2016**
**Document Number:** 11

**Docket Text:**
**JUDGMENT BY COURT (cc: David Merrill @ CO address.) (DK)**

*[Handwritten across page: "Refused for Cause"]*

**3:16-cv-05520-RJB Notice has been electronically mailed to:**

**3:16-cv-05520-RJB Notice will not be electronically mailed to:**

David L Merrill
3355 North Academy Blvd
Ste #189
Colorado Springs, CO 80917-5103

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a

https://ecf.wawd.circ9.dcn/cgi-bin/Dispatch.pl?842625399990602    7/18/2016



```
The UPS Store - #6046
   720 N 10th Street
          A
   Renton, WA 98057
    (425) 235-7447

   08/02/16  01:49 PM


001 000003 (011)          TO $  10.00
    Notary
002 000001 (003)          T1 $   5.40
    Copies           QTY 36
    Reg Unit Price     $   0.15

                  SubTotal $  15.40
              Sales Tax (T1) $   0.52
                     Total $  15.92

                      VISA $  15.92
ACCOUNT NUMBER *      ************7884
Appr Code:  (S) Sale


Receipt ID 8218011237611388318 037 Items
CSH: Aldwin          Tran: 8661 Reg: 002

Appr Code:  (S) Sale
VISA                           15.92
```

*Lawful Money.*

DAVID MERRILL

CENTER COPY